1  CHARLES F. PREUSS (State Bar No. 45783)
   BRENDA N. BUONAIUTO (State Bar No. 173919)
2  MATTHEW P. SMITH (State Bar No. 247957)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510
5
   Attorneys for Defendants
6  ORTHO-MCNEIL PHARMACEUTICAL, INC.
   and MCKESSON CORPORATION
7

   FILED
   AUG - 2 2007
   RICHARD W. WIEKING
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                  SAN FRANCISCO DIVISION

11  CHOLE ALLEN, an individual; LISA         Case No.
    ANDERSON, an individual; LAUREN
12  ANDREAS, an individual; BRANDI           C 07 3980  BZ
    BAILEY, an individual; COENEKA BALL,
13  an individual; MONTOYA BALL, an          DECLARATION OF BRENDA N.
    individual; TIESHIA BAMSEY, an           BUONAIUTO IN SUPPORT OF NOTICE
14  individual; TERTULIETTE BELIARD, an      OF REMOVAL AND REMOVAL OF
    individual; TAMELA BLACKMAN, an          ACTION UNDER 28 U.S.C. § 1441(B)
15  individual; DELORES BONNER, an           [DIVERSITY]
    individual; JASMINE BOX, a minor, by
16  and through her guardian ad litem
    SCHARLETTA BOX; LACI BRIGNAC,
17  an individual; JERHONDA BROWN, an
    individual; DAMITA BYNUM, an
18  individual; QUIEONNA CARPENTER, an
    individual; ERIKA CARR, an individual;
19  WENDY CARRIGAN, an individual; M.
    CHARLOTTE CHEATHAM, an
20  individual; SHERIE COLLINS, an
    individual; KERRI COOPER, an individual;
21  TERRY COREAU, an individual;
    MARANDA CRUMEDY, an individual;
22  CENNIE DARBY, an individual; JOEY
    DAVIS, an individual; SUSAN DOMAN,
23  an individual; ALCOLA EDWARDS, an
    individual; SARAH EVANS, an individual;
24  TRYSHA GRAVES, an individual;
    ALEJANDRINA GARZA, an individual;
25  GERALDINE GILLIGAN, an individual;
    RHONDA GRANJA, an individual;
26  STACY GREENWOOD, an individual;
    REBECCA GRICE, an individual; SARAH
27  GRIFFITH, an individual; DOROTHY
    GURERRIER, an individual; TAMIERA
28  HARRIS, an individual; MICHELE

| | |
|---|---|
| 1 | HELKENN, an individual; NADIA HERNANDEZ, an individual; COURTNEY |
| 2 | HEWETT, a minor by and through her guardian ad litem, ANNETTE HEWETT; |
| 3 | ROCKENIA HUDSON, an individual; JENNIFER JACKSON, an individual; |
| 4 | CLARICE JENKINS, an individual; KRYSTAL JENNINGS, an individual; |
| 5 | TIFFANY JENSEN (PENKE), an individual; CANDIS JOHNSON, an |
| 6 | individual; DOMONIQUE JOHNSON, an individual; JANNOEL JOHNSON, an |
| 7 | individual; MICHELLE JOHNSON, an individual; NICOLE JOHNSON, an |
| 8 | individual; TAMMY JONES, an individual; TIARA JOYNER, an individual; |
| 9 | AMANDA KING, an individual; YANA KRISHTAL, an individual; VALERIE |
| 10 | LANE, a minor by and through her guardian ad litem, VIVIAN LANE; DANA LEWIS, |
| 11 | an individual; MARY LEWIS, an individual; DARCI LIDSTER, an |
| 12 | individual; MICHELLE LOCKET, an individual; DENISE LUCERO, an |
| 13 | individual; VIRGINIA MANGANO, an individual; TRACI MARGIIOTTA, an |
| 14 | individual; LENIKA MCNAIR, an individual; JUDY MICKENS, an |
| 15 | individual; ARIES MITCHELL, an individual; TOSHEA MORGAN, an |
| 16 | individual; STAPHANIE MULLINGS, an individual; TYREE NEAL, an individual; |
| 17 | JULIANA PAIZ, an individual; ERINA PARKER, an individual; ERIKA PENA, an |
| 18 | individual; JENNIFER PROCH, an individual; TRACY RILES, an individual; |
| 19 | URSHALA RIVERS, an individual; MARGARET ROGERS, an individual; |
| 20 | TAMANISHA RUBIN, an individual; CARRIE RYAN, an individual; IESHIA |
| 21 | SCOTT, an individual; REBECCA SHERRY, an individual; TONYA SIMMS, |
| 22 | an individual; JESSICA SMITH, an individual; LINDA TANNER, an |
| 23 | individual; CLEO THOMPSON, an individual; CRYSTAL WALDO, an |
| 24 | individual; KRISTEN WALKER, an individual; TIFFANY WALKER, an |
| 25 | individual; NIKKIA MARTIN, a minor by and through her guardian ad litem, LAURA |
| 26 | WASHINGTON; JOYCE WATERS, an individual; CRYSTAL WEAVER, an |
| 27 | individual; DAWN WHITE, an individual; MARIE WILLIAMS, an individual; |
| 28 | SHERITA WILLIAMS, an individual; |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\387419\1

DECLARATION IN SUPPORT OF REMOVAL                                    CASE NO.

| | |
|---|---|
| 1 | ROBBIN WINTERS, an individual; CATHY WOOD, an individual; ROMONA WRIGHT, an individual, |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | ORTHO-MCNEIL PHARMACEUTICAL, INC., a Delaware Corporation; MCKESSON CORP and DOES 1-500, inclusive, |
| 6 | |
| 7 | |
| 8 | Defendants. |

I, Brenda N. Buonaiuto, declare:

1. I am an attorney admitted to practice before all courts of the State of California and am Counsel with Drinker Biddle & Reath, LLP, attorneys for defendants Ortho-McNeil Pharmaceutical, Inc. ("OMP") and McKesson Corporation ("McKesson") in this action. I make this Declaration based on my personal knowledge, in support of OMP's removal of *Chole Allen, et al. v. Ortho-McNeil Pharmaceutical, Inc., a Delaware Corporation; McKesson Corp. and Does 1-500, inclusive*, Case Number CGC-07-461636 to this Court. I would and could competently testify to the matters stated in this Declaration if called as a witness.

2. A true and accurate copy of the First Amended Complaint in this action is attached as **Exhibit A**. The First Amended Complaint is the only state court pleading known to OMP to have been filed in this action.

3. OMP was and is a corporation existing under the laws of the State of Delaware, with its principal place of business in New Jersey. OMP was served with the Summons and First Amended Complaint in this action on July 24, 2007.

4. McKesson was served with the Summons and Complaint in this action on July 30, 2007. McKesson consents to removal of this action to this Court.

5. OMP will file a notice of the filing of this Notice of Removal and Removal

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\387419\1

DECLARATION IN SUPPORT OF REMOVAL

3

CASE NO.

1   in the San Francisco County Superior Court and will serve plaintiffs' counsel with a
2   copy.
3       6.      On March 1, 2006, the Judicial Panel on Multidistrict Litigation ("JPML")
4   created MDL 1742, *In re: Ortho Evra Products Liability Litigation*, ruling that all
5   federal actions involving allegations of injury or death from use of the prescription drug
6   Ortho Evra® be centralized for pre-trial purposes in the United States District Court for
7   the Northern District of Ohio, before the Honorable David A. Katz, Case Number 1:06-
8   CV-40000-DAK. To date, over 500 cases have been transferred to MDL 1742, and
9   transfers of additional "tag-along" actions are pending.
10      7.      Attached as **Exhibit B** is a true and accurate copy of the Declaration of
11  Greg Yonko, Senior Vice President – Purchasing, McKesson Corporation, filed in *Abel,*
12  *Theresa, et al. v. Ortho-McNeil Pharmaceutical, Inc., et al.*, United States District Court,
13  Northern District of California, Case No. C 06 7551 SBA, on December 8, 2006.
14      8.      Attached as **Exhibit C** is a true and accurate copy of the Slip Opinion
15  denying the plaintiffs' motion to remand in *In re Phenylpropanolamine ("PPA")*
16  *Products Liability Litigation*, MDL No. 1407, Docket No. C02-423R, in the United
17  States District Court for the Western District of Washington (Seattle), dated November
18  27, 2002.
19      9.      Attached as **Exhibit D** is a true and accurate copy of the Slip Opinion
20  denying the plaintiffs' motion to remand in *Barlow, et al. v. Warner-Lambert Co., et al.*,
21  Case No. CV 03-1647-R(RZx), in the United States District Court for the Central District
22  of California (Western Division), dated April 28, 2003.
23      10.     Attached as **Exhibit E** is a true and accurate copy of the Slip Opinion
24  denying the plaintiffs' motion to remand in *Skinner, et al. v. Warner-Lambert Co., et al.*,
25  Case No. CV 03-1643-R(RZx), in the United States District Court for the Central District
26  of California (Western Division), dated April 28, 2003.
27      11.     I have reviewed reports of verdicts and settlements in cases in this judicial
28  district, brought by plaintiffs claiming serious injuries from the use of prescription drugs

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

4

SF1\387419\1   DECLARATION IN SUPPORT OF REMOVAL                                           CASE NO.

or medical devices. Given the similarity between the injuries alleged in those cases and plaintiffs' claims, it is reasonably believed that if plaintiffs succeeded in proving their allegations in this action, they would each recover in excess of $75,000, exclusive of interest and costs. Plaintiffs claiming substantially similar injuries in the Ortho Evra® MDL have specifically alleged that the amount in controversy in their respective actions exceeds $75,000, exclusive of interest and costs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 27, 2007.

_____
Brenda N. Buonaiuto

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\387419\1

DECLARATION IN SUPPORT OF REMOVAL

5

CASE NO.