1  CHARLES F. PREUSS (State Bar No. 45783)
   BRENDA N. BUONAIUTO (State Bar No. 173919)
2  MATTHEW P. SMITH (State Bar No. 247957)
   DRINKER BIDDLE & REATH LLP
3  *A Delaware Limited Liability Partnership*
   50 Fremont Street, 20th Floor
4  San Francisco, California 94105
   Telephone: (415) 591-7500
5  Facsimile: (415) 591-7510

6  Attorneys for Defendants
   ORTHO-MCNEIL PHARMACEUTICAL, INC.
7  and MCKESSON CORPORATION

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11 CHOLE ALLEN, an individual; LISA          Case No. **C 07 3980**
   ANDERSON, an individual; LAUREN
12 ANDREAS, an individual; BRANDI            **DEFENDANTS' ANSWER TO**
   BAILEY, an individual; COENEKA BALL,      **PLAINTIFFS' FIRST AMENDED**
13 an individual; MONTOYA BALL, an           **COMPLAINT; DEMAND FOR JURY**
   individual; TIESHIA BAMSEY, an            **TRIAL**
14 individual; TERTULIETTE BELIARD, an
   individual; TAMELA BLACKMAN, an
15 individual; DELORES BONNER, an
   individual; JASMINE BOX, a minor, by
16 and through her guardian ad litem
   SCHARLETTA BOX; LACI BRIGNAC,
17 an individual; JERHONDA BROWN, an
   individual; DAMITA BYNUM, an
18 individual; QUIEONNA CARPENTER, an
   individual; ERIKA CARR, an individual;
19 WENDY CARRIGAN, an individual; M.
   CHARLOTTE CHEATHAM, an
20 individual; SHERIE COLLINS, an
   individual; KERRI COOPER, an individual;
21 TERRY COREAU, an individual;
   MARANDA CRUMEDY, an individual;
22 CENNIE DARBY, an individual; JOEY
   DAVIS, an individual; SUSAN DOMAN,
23 an individual; ALCOLA EDWARDS, an
   individual; SARAH EVANS, an individual;
24 TRYSHA GRAVES, an individual;
   ALEJANDRINA GARZA, an individual;
25 GERALDINE GILLIGAN, an individual;
   RHONDA GRANJA, an individual;
26 STACY GREENWOOD, an individual;
   REBECCA GRICE, an individual; SARAH
27 GRIFFITH, an individual; DOROTHY
   GURERRIER, an individual; TAMIERA
28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\387608\1    DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL    CASE NO.

1   HARRIS, an individual; MICHELE
    HELKENN, an individual; NADIA
2   HERNANDEZ, an individual; COURTNEY
    HEWETT, a minor by and through her
3   guardian ad litem, ANNETTE HEWETT;
    ROCKENIA HUDSON, an individual;
4   JENNIFER JACKSON, an individual;
    CLARICE JENKINS, an individual;
5   KRYSTAL JENNINGS, an individual;
    TIFFANY JENSEN (PENKE), an
6   individual; CANDIS JOHNSON, an
    individual; DOMONIQUE JOHNSON, an
7   individual; JANNOEL JOHNSON, an
    individual; MICHELLE JOHNSON, an
8   individual; NICOLE JOHNSON, an
    individual; TAMMY JONES, an individual;
9   TIARA JOYNER, an individual;
    AMANDA KING, an individual; YANA
10  KRISHTAL, an individual; VALERIE
    LANE, a minor by and through her guardian
11  ad litem, VIVIAN LANE; DANA LEWIS,
    an individual; MARY LEWIS, an
12  individual; DARCI LIDSTER, an
    individual; MICHELLE LOCKET, an
13  individual; DENISE LUCERO, an
    individual; VIRGINIA MANGANO, an
14  individual; TRACI MARGIIOTTA, an
    individual; LENIKA MCNAIR, an
15  individual; JUDY MICKENS, an
    individual; ARIES MITCHELL, an
16  individual; TOSHEA MORGAN, an
    individual; STAPHANIE MULLINGS, an
17  individual; TYREE NEAL, an individual;
    JULIANA PAIZ, an individual; ERINA
18  PARKER, an individual; ERIKA PENA, an
    individual; JENNIFER PROCH, an
19  individual; TRACY RILES, an individual;
    URSHALA RIVERS, an individual;
20  MARGARET ROGERS, an individual;
    TAMANISHA RUBIN, an individual;
21  CARRIE RYAN, an individual; IESHIA
    SCOTT, an individual; REBECCA
22  SHERRY, an individual; TONYA SIMMS,
    an individual; JESSICA SMITH, an
23  individual; LINDA TANNER, an
    individual; CLEO THOMPSON, an
24  individual; CRYSTAL WALDO, an
    individual; KRISTEN WALKER, an
25  individual; TIFFANY WALKER, an
    individual; NIKKIA MARTIN, a minor by
26  and through her guardian ad litem, LAURA
    WASHINGTON; JOYCE WATERS, an
27  individual; CRYSTAL WEAVER, an
    individual; DAWN WHITE, an individual;
28  MARIE WILLIAMS, an individual;

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

2

SF1\387608\1          DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL          CASE NO.

1   SHERITA WILLIAMS, an individual;
    ROBBIN WINTERS, an individual;
2   CATHY WOOD, an individual; ROMONA
    WRIGHT, an individual,
3
                    Plaintiff,
4
            v.
5
    ORTHO-MCNEIL PHARMACEUTICAL,
6   INC., a Delaware Corporation;
    MCKESSON CORP and DOES 1-500,
7   inclusive,
8                   Defendants.
9

10
        Defendants Ortho-McNeil Pharmaceutical, Inc. ("OMP") and McKesson
11
    Corporation ("McKesson) (collectively "Defendants") by and through counsel, hereby
12
    respond to the allegations set forth in plaintiffs' First Amended Complaint ("FAC") as
13
    follows:
14

15                          **ANSWER TO INTRODUCTION**

16      1.      Defendants are without knowledge or information sufficient to form a

17   belief as to plaintiffs' allegations that they used ORTHO EVRA®.  Defendants deny the

18   remaining allegations contained in paragraph 1 of plaintiffs' FAC.

19      2.      Defendants admit that defendant OMP manufactured, advertised, promoted,

20   marketed, sold and distributed ORTHO EVRA®.  Defendants deny the remaining

21   allegations contained in paragraph 2 of plaintiffs' FAC.

22      3.      Defendants admit that defendant McKesson is a non-exclusive distributor

23   of ORTHO EVRA® and has its principal place of business in San Francisco, California.

24   Defendants deny the remaining allegations contained in paragraph 3 of plaintiffs' FAC.

25      4.      Defendants admit that on the ORTHO EVRA® Web site, it states that:

26   "The transdermal -- or 'through the skin' -- weekly birth control patch prevents

27   pregnancy by delivering continuous levels of the hormones norelgestromin and ethinyl

28   estradiol (progestin and estrogen, respectively) through the skin and into the

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

3

SF1\38760811        DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL        CASE NO.

1    bloodstream." Defendants admit that the FDA approved the use of ORTHO EVRA® for

2    the prevention of pregnancy in November 2001. Defendants further admit that the FDA's

3    publications state what they state. Defendants deny the remaining allegations contained

4    in paragraph 4 of plaintiffs' FAC.

## ANSWER TO JURISDICTION AND VENUE

5    5.    Paragraph 5 of plaintiffs' FAC contains legal conclusions to which no

7    response is required.

8    6.    Defendants admit that defendant OMP is a Delaware corporation with its

9    principal place of business in New Jersey, and defendant McKesson is a Delaware

10    corporation with its principal place of business in California. Defendants deny the

11    remaining allegations contained in paragraph 6 of plaintiffs' FAC.

12    7.    Defendants admit that defendant McKesson has its principal place of

13    business in San Francisco, California. Defendants deny the remaining allegations

14    contained in paragraph 7 of plaintiffs' FAC.

15    8.    Defendants admit that defendant McKesson has its principal place of

16    business in San Francisco, California. Defendants deny the remaining allegations

17    contained in paragraph 8 of plaintiffs' FAC.

18    9.    Defendants are without knowledge or information sufficient to form a

19    belief as to the allegations contained in paragraph 9 of plaintiffs' FAC.

## ANSWER TO PLAINTIFFS

21    10.    Defendants are without knowledge or information sufficient to form a

22    belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

23    ORTHO EVRA®.   Defendants deny the remaining allegations contained in paragraph 10

24    of plaintiffs' FAC.

25    11.    Defendants are without knowledge or information sufficient to form a

26    belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

27    ORTHO EVRA®.   Defendants deny the remaining allegations contained in paragraph 11

28    of plaintiffs' FAC.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

4

SFI\3876081\1        DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL        CASE NO.

1    12.   Defendants are without knowledge or information sufficient to form a
2 belief as to where plaintiff resides or plaintiff's allegations that she was prescribed
3 ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 12
4 of plaintiffs' FAC.

5    13.   Defendants are without knowledge or information sufficient to form a
6 belief as to where plaintiff resides or plaintiff's allegations that she was prescribed
7 ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 13
8 of plaintiffs' FAC.

9    14.   Defendants are without knowledge or information sufficient to form a
10 belief as to where plaintiff resides or plaintiff's allegations that she was prescribed
11 ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 14
12 of plaintiffs' FAC.

13    15.   Defendants are without knowledge or information sufficient to form a
14 belief as to where plaintiff resides or plaintiff's allegations that she was prescribed
15 ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 15
16 of plaintiffs' FAC.

17    16.   Defendants are without knowledge or information sufficient to form a
18 belief as to where plaintiff resides or plaintiff's allegations that she was prescribed
19 ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 16
20 of plaintiffs' FAC.

21    17.   Defendants are without knowledge or information sufficient to form a
22 belief as to where plaintiff resides or plaintiff's allegations that she was prescribed
23 ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 17
24 of plaintiffs' FAC.

25    18.   Defendants are without knowledge or information sufficient to form a
26 belief as to where plaintiff resides or plaintiff's allegations that she was prescribed
27 ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 18
28 of plaintiffs' FAC.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

5

SF1\387608\1    DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL    CASE NO.

1  | 19. Defendants are without knowledge or information sufficient to form a
2  belief as to where plaintiff resides or plaintiff's allegations that she was prescribed
3  ORTHO EVRA®. Defendants deny the remaining allegations contained in paragraph 19
4  of plaintiffs' FAC.

5  | 20. Defendants are without knowledge or information sufficient to form a
6  belief as to where plaintiff resides or plaintiff's allegations that she was prescribed
7  ORTHO EVRA®. Defendants deny the remaining allegations contained in paragraph 20
8  of plaintiffs' FAC.

9  | 21. Defendants are without knowledge or information sufficient to form a
10  belief as to where plaintiff resides or plaintiff's allegations that she was prescribed
11  ORTHO EVRA®. Defendants deny the remaining allegations contained in paragraph 21
12  of plaintiffs' FAC.

13  | 22. Defendants are without knowledge or information sufficient to form a
14  belief as to where plaintiff resides or plaintiff's allegations that she was prescribed
15  ORTHO EVRA®. Defendants deny the remaining allegations contained in paragraph 22
16  of plaintiffs' FAC.

17  | 23. Defendants are without knowledge or information sufficient to form a
18  belief as to where plaintiff resides or plaintiff's allegations that she was prescribed
19  ORTHO EVRA®. Defendants deny the remaining allegations contained in paragraph 23
20  of plaintiffs' FAC.

21  | 24. Defendants are without knowledge or information sufficient to form a
22  belief as to where plaintiff resides or plaintiff's allegations that she was prescribed
23  ORTHO EVRA®. Defendants deny the remaining allegations contained in paragraph 24
24  of plaintiffs' FAC.

25  | 25. Defendants are without knowledge or information sufficient to form a
26  belief as to where plaintiff resides or plaintiff's allegations that she was prescribed
27  ORTHO EVRA®. Defendants deny the remaining allegations contained in paragraph 25
28  of plaintiffs' FAC.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

6

SFI\387608\1  | DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL   CASE NO.

1    26.    Defendants are without knowledge or information sufficient to form a
2    belief as to where plaintiff resides or plaintiff's allegations that she was prescribed
3    ORTHO EVRA®.   Defendants deny the remaining allegations contained in paragraph 26
4    of plaintiffs' FAC.

5    27.    Defendants are without knowledge or information sufficient to form a
6    belief as to where plaintiff resides or plaintiff's allegations that she was prescribed
7    ORTHO EVRA®.   Defendants deny the remaining allegations contained in paragraph 27
8    of plaintiffs' FAC.

9    28.    Defendants are without knowledge or information sufficient to form a
10   belief as to where plaintiff resides or plaintiff's allegations that she was prescribed
11   ORTHO EVRA®.   Defendants deny the remaining allegations contained in paragraph 28
12   of plaintiffs' FAC.

13   29.    Defendants are without knowledge or information sufficient to form a
14   belief as to where plaintiff resides or plaintiff's allegations that she was prescribed
15   ORTHO EVRA®.   Defendants deny the remaining allegations contained in paragraph 29
16   of plaintiffs' FAC.

17   30.    Defendants are without knowledge or information sufficient to form a
18   belief as to where plaintiff resides or plaintiff's allegations that she was prescribed
19   ORTHO EVRA®.   Defendants deny the remaining allegations contained in paragraph 30
20   of plaintiffs' FAC.

21   31.    Defendants are without knowledge or information sufficient to form a
22   belief as to where plaintiff resides or plaintiff's allegations that she was prescribed
23   ORTHO EVRA®.   Defendants deny the remaining allegations contained in paragraph 31
24   of plaintiffs' FAC.

25   32.    Defendants are without knowledge or information sufficient to form a
26   belief as to where plaintiff resides or plaintiff's allegations that she was prescribed
27   ORTHO EVRA®.   Defendants deny the remaining allegations contained in paragraph 32
28   of plaintiffs' FAC.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SFI\387608\1

7

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL          CASE NO.

1    33.    Defendants are without knowledge or information sufficient to form a

2    belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

3    ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 33

4    of plaintiffs' FAC.

5    34.    Defendants are without knowledge or information sufficient to form a

6    belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

7    ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 34

8    of plaintiffs' FAC.

9    35.    Defendants are without knowledge or information sufficient to form a

10   belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

11   ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 35

12   of plaintiffs' FAC.

13   36.    Defendants are without knowledge or information sufficient to form a

14   belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

15   ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 36

16   of plaintiffs' FAC.

17   37.    Defendants are without knowledge or information sufficient to form a

18   belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

19   ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 37

20   of plaintiffs' FAC.

21   38.    Defendants are without knowledge or information sufficient to form a

22   belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

23   ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 38

24   of plaintiffs' FAC.

25   39.    Defendants are without knowledge or information sufficient to form a

26   belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

27   ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 39

28   of plaintiffs' FAC.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

8

1    40.    Defendants are without knowledge or information sufficient to form a

2    belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

3    ORTHO EVRA®. Defendants deny the remaining allegations contained in paragraph 40

4    of plaintiffs' FAC.

5    41.    Defendants are without knowledge or information sufficient to form a

6    belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

7    ORTHO EVRA®. Defendants deny the remaining allegations contained in paragraph 41

8    of plaintiffs' FAC.

9    42.    Defendants are without knowledge or information sufficient to form a

10    belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

11    ORTHO EVRA®. Defendants deny the remaining allegations contained in paragraph 42

12    of plaintiffs' FAC.

13    43.    Defendants are without knowledge or information sufficient to form a

14    belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

15    ORTHO EVRA®. Defendants deny the remaining allegations contained in paragraph 43

16    of plaintiffs' FAC.

17    44.    Defendants are without knowledge or information sufficient to form a

18    belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

19    ORTHO EVRA®. Defendants deny the remaining allegations contained in paragraph 44

20    of plaintiffs' FAC.

21    45.    Defendants are without knowledge or information sufficient to form a

22    belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

23    ORTHO EVRA®. Defendants deny the remaining allegations contained in paragraph 45

24    of plaintiffs' FAC.

25    46.    Defendants are without knowledge or information sufficient to form a

26    belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

27    ORTHO EVRA®. Defendants deny the remaining allegations contained in paragraph 46

28    of plaintiffs' FAC.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

9

1    47.    Defendants are without knowledge or information sufficient to form a

2    belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

3    ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 47

4    of plaintiffs' FAC.

5    48.    Defendants are without knowledge or information sufficient to form a

6    belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

7    ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 48

8    of plaintiffs' FAC.

9    49.    Defendants are without knowledge or information sufficient to form a

10   belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

11   ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 49

12   of plaintiffs' FAC.

13   50.    Defendants are without knowledge or information sufficient to form a

14   belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

15   ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 50

16   of plaintiffs' FAC.

17   51.    Defendants are without knowledge or information sufficient to form a

18   belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

19   ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 51

20   of plaintiffs' FAC.

21   52.    Defendants are without knowledge or information sufficient to form a

22   belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

23   ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 52

24   of plaintiffs' FAC.

25   53.    Defendants are without knowledge or information sufficient to form a

26   belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

27   ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 53

28   of plaintiffs' FAC.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

10

SF1\387608\1        DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL        CASE NO.

1    54.    Defendants are without knowledge or information sufficient to form a

2    belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

3    ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 54

4    of plaintiffs' FAC.

5    55.    Defendants are without knowledge or information sufficient to form a

6    belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

7    ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 55

8    of plaintiffs' FAC.

9    56.    Defendants are without knowledge or information sufficient to form a

10   belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

11   ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 56

12   of plaintiffs' FAC.

13   57.    Defendants are without knowledge or information sufficient to form a

14   belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

15   ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 57

16   of plaintiffs' FAC.

17   58.    Defendants are without knowledge or information sufficient to form a

18   belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

19   ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 58

20   of plaintiffs' FAC.

21   59.    Defendants are without knowledge or information sufficient to form a

22   belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

23   ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 59

24   of plaintiffs' FAC.

25   60.    Defendants are without knowledge or information sufficient to form a

26   belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

27   ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 60

28   of plaintiffs' FAC.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

11

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL        CASE NO.

1    61.    Defendants are without knowledge or information sufficient to form a

2  belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

3  ORTHO EVRA®. Defendants deny the remaining allegations contained in paragraph 61

4  of plaintiffs' FAC.

5    62.    Defendants are without knowledge or information sufficient to form a

6  belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

7  ORTHO EVRA®. Defendants deny the remaining allegations contained in paragraph 62

8  of plaintiffs' FAC.

9    63.    Defendants are without knowledge or information sufficient to form a

10  belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

11  ORTHO EVRA®. Defendants deny the remaining allegations contained in paragraph 63

12  of plaintiffs' FAC.

13    64.    Defendants are without knowledge or information sufficient to form a

14  belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

15  ORTHO EVRA®. Defendants deny the remaining allegations contained in paragraph 64

16  of plaintiffs' FAC.

17    65.    Defendants are without knowledge or information sufficient to form a

18  belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

19  ORTHO EVRA®. Defendants deny the remaining allegations contained in paragraph 65

20  of plaintiffs' FAC.

21    66.    Defendants are without knowledge or information sufficient to form a

22  belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

23  ORTHO EVRA®. Defendants deny the remaining allegations contained in paragraph 66

24  of plaintiffs' FAC.

25    67.    Defendants are without knowledge or information sufficient to form a

26  belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

27  ORTHO EVRA®. Defendants deny the remaining allegations contained in paragraph 67

28  of plaintiffs' FAC.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

12

SF1\387608\1    DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL    CASE NO.

1    68.    Defendants are without knowledge or information sufficient to form a

2    belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

3    ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 68

4    of plaintiffs' FAC.

5    69.    Defendants are without knowledge or information sufficient to form a

6    belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

7    ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 69

8    of plaintiffs' FAC.

9    70.    Defendants are without knowledge or information sufficient to form a

10   belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

11   ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 70

12   of plaintiffs' FAC.

13   71.    Defendants are without knowledge or information sufficient to form a

14   belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

15   ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 71

16   of plaintiffs' FAC.

17   72.    Defendants are without knowledge or information sufficient to form a

18   belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

19   ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 72

20   of plaintiffs' FAC.

21   73.    Defendants are without knowledge or information sufficient to form a

22   belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

23   ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 73

24   of plaintiffs' FAC.

25   74.    Defendants are without knowledge or information sufficient to form a

26   belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

27   ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 74

28   of plaintiffs' FAC.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SFI\387608\1

1     75.    Defendants are without knowledge or information sufficient to form a

2 belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

3 ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 75

4 of plaintiffs' FAC.

5     76.    Defendants are without knowledge or information sufficient to form a

6 belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

7 ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 76

8 of plaintiffs' FAC.

9     77.    Defendants are without knowledge or information sufficient to form a

10 belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

11 ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 77

12 of plaintiffs' FAC.

13     78.    Defendants are without knowledge or information sufficient to form a

14 belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

15 ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 78

16 of plaintiffs' FAC.

17     79.    Defendants are without knowledge or information sufficient to form a

18 belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

19 ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 79

20 of plaintiffs' FAC.

21     80.    Defendants are without knowledge or information sufficient to form a

22 belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

23 ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 80

24 of plaintiffs' FAC.

25     81.    Defendants are without knowledge or information sufficient to form a

26 belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

27 ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 81

28 of plaintiffs' FAC.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SFI\38760\1     DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL     CASE NO.

1    82.    Defendants are without knowledge or information sufficient to form a
2    belief as to where plaintiff resides or plaintiff's allegations that she was prescribed
3    ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 82
4    of plaintiffs' FAC.

5    83.    Defendants are without knowledge or information sufficient to form a
6    belief as to where plaintiff resides or plaintiff's allegations that she was prescribed
7    ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 83
8    of plaintiffs' FAC.

9    84.    Defendants are without knowledge or information sufficient to form a
10   belief as to where plaintiff resides or plaintiff's allegations that she was prescribed
11   ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 84
12   of plaintiffs' FAC.

13   85.    Defendants are without knowledge or information sufficient to form a
14   belief as to where plaintiff resides or plaintiff's allegations that she was prescribed
15   ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 85
16   of plaintiffs' FAC.

17   86.    Defendants are without knowledge or information sufficient to form a
18   belief as to where plaintiff resides or plaintiff's allegations that she was prescribed
19   ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 86
20   of plaintiffs' FAC.

21   87.    Defendants are without knowledge or information sufficient to form a
22   belief as to where plaintiff resides or plaintiff's allegations that she was prescribed
23   ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 87
24   of plaintiffs' FAC.

25   88.    Defendants are without knowledge or information sufficient to form a
26   belief as to where plaintiff resides or plaintiff's allegations that she was prescribed
27   ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 88
28   of plaintiffs' FAC.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

15

SF1\387608\1        DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL        CASE NO.

1      89.    Defendants are without knowledge or information sufficient to form a

2  belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

3  ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 89

4  of plaintiffs' FAC.

5      90.    Defendants are without knowledge or information sufficient to form a

6  belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

7  ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 90

8  of plaintiffs' FAC.

9      91.    Defendants are without knowledge or information sufficient to form a

10  belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

11  ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 91

12  of plaintiffs' FAC.

13      92.    Defendants are without knowledge or information sufficient to form a

14  belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

15  ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 92

16  of plaintiffs' FAC.

17      93.    Defendants are without knowledge or information sufficient to form a

18  belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

19  ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 93

20  of plaintiffs' FAC.

21      94.    Defendants are without knowledge or information sufficient to form a

22  belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

23  ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 94

24  of plaintiffs' FAC.

25      95.    Defendants are without knowledge or information sufficient to form a

26  belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

27  ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph 95

28  of plaintiffs' FAC.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

16

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL    CASE NO.

1    96.    Defendants are without knowledge or information sufficient to form a

2    belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

3    ORTHO EVRA®. Defendants deny the remaining allegations contained in paragraph 96

4    of plaintiffs' FAC.

5    97.    Defendants are without knowledge or information sufficient to form a

6    belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

7    ORTHO EVRA®. Defendants deny the remaining allegations contained in paragraph 97

8    of plaintiffs' FAC.

9    98.    Defendants are without knowledge or information sufficient to form a

10   belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

11   ORTHO EVRA®. Defendants deny the remaining allegations contained in paragraph 98

12   of plaintiffs' FAC.

13   99.    Defendants are without knowledge or information sufficient to form a

14   belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

15   ORTHO EVRA®. Defendants deny the remaining allegations contained in paragraph 99

16   of plaintiffs' FAC.

17   100.   Defendants are without knowledge or information sufficient to form a

18   belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

19   ORTHO EVRA®. Defendants deny the remaining allegations contained in paragraph

20   100 of plaintiffs' FAC.

21   101.   Defendants are without knowledge or information sufficient to form a

22   belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

23   ORTHO EVRA®. Defendants deny the remaining allegations contained in paragraph

24   101 of plaintiffs' FAC.

25   102.   Defendants are without knowledge or information sufficient to form a

26   belief as to where plaintiff resides or plaintiff's allegations that she was prescribed

27   ORTHO EVRA®. Defendants deny the remaining allegations contained in paragraph

28   102 of plaintiffs' FAC.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

17

1    103.   Defendants are without knowledge or information sufficient to form a
2  belief as to where plaintiff resides or plaintiff's allegations that she was prescribed
3  ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph
4  103 of plaintiffs' FAC.

5    104.   Defendants are without knowledge or information sufficient to form a
6  belief as to where plaintiff resides or plaintiff's allegations that she was prescribed
7  ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph
8  104 of plaintiffs' FAC.

9                          **ANSWER TO DEFENDANTS**

10    105.   Defendants admit that defendant OMP is a Delaware corporation with its
11  principal place of business in New Jersey. Defendants deny the remaining allegations
12  contained in paragraph 105 of plaintiffs' FAC.

13    106.   Defendants admit that defendant OMP conducts business in California.
14  Defendants deny the remaining allegations contained in paragraph 106 of plaintiffs' FAC.

15    107.   Defendants deny the allegations contained in paragraph 107 of plaintiffs'
16  FAC.

17    108.   Defendants are without knowledge or information sufficient to form a
18  belief as to the allegations contained in paragraph 108 of plaintiffs' FAC, and therefore
19  these allegations are denied.

20    109.   Defendants admit that defendant OMP manufactured, marketed, promoted,
21  sold and distributed ORTHO EVRA®.  Defendants deny the remaining allegations
22  contained in paragraph 109 of plaintiffs' FAC.

23    110.   Defendants admit that defendant McKesson is a Delaware corporation with
24  its principal place of business in San Francisco, California. Defendants further admit that
25  defendant McKesson conducts business in California. Defendants deny the remaining
26  allegations contained in paragraph 110 of plaintiffs' FAC.

27    111.   Defendants deny the allegations contained in paragraph 111 of plaintiffs'
28  FAC.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SFI\387608\1

18

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL          CASE NO.

1    112.   Defendants are without knowledge or information sufficient to form a

2    belief as to the allegations contained in paragraph 112 of plaintiffs' FAC, and therefore

3    these allegations are denied.

4    113.   Defendants admit that defendant McKesson is a non-exclusive distributor

5    of ORTHO EVRA®.  Defendants deny the remaining allegations contained in paragraph

6    113 of plaintiffs' FAC.

7    114.   Defendants are without knowledge or information sufficient to form a

8    belief as to the allegations contained in paragraph 114 of plaintiffs' FAC.

9    115.   Defendants are without knowledge or information sufficient to form a

10   belief as to the allegations contained in paragraph 115 of plaintiffs' FAC.

11   116.   To the extent that paragraph 116 of plaintiffs' FAC alleges improper

12   conduct on the part of defendants, such allegations are denied.

13   117.   To the extent that paragraph 117 of plaintiffs' FAC alleges improper

14   conduct on the part of defendants, such allegations are denied.

15                    **ANSWER TO GENERAL ALLEGATIONS**

16   118.   Defendant OMP admits that on the Ortho-McNeil Pharmaceutical, Inc.

17   Web site, it states that: "Ortho-McNeil Pharmaceutical is a pioneer in contraception and

18   a leader in women's health care. Ortho-McNeil offers the broadest range of prescription

19   birth control options..." Defendant OMP further admits that it manufactures and sells

20   ORTHO EVRA®, the first combination transdermal contraceptive patch. Defendants

21   deny the remaining allegations contained in paragraph 118 of plaintiffs' FAC.

22   119.   Defendant OMP admits that ORTHO EVRA® is the first and only once-a-

23   week birth control patch. Defendant OMP further admits that on the ORTHO EVRA®

24   Web site, it states that: "The transdermal -- or 'through the skin' -- weekly birth control

25   patch prevents pregnancy by delivering continuous levels of the hormones

26   norelgestromin and ethinyl estradiol (progestin and estrogen, respectively) through the

27   skin and into the bloodstream." Defendants deny the remaining allegations contained in

28   paragraph 119 of plaintiffs' FAC.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

19

SF1\38760811    DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL          CASE NO.

1     120.   Defendants admit that a New Drug Application ("NDA") was filed for

2  ORTHO EVRA®, denoted as 21-180, with the FDA in December 2000. Defendants

3  further admit that the FDA Medical Officer's Review for ORTHO EVRA® states what it

4  states. Defendants deny the remaining allegations contained in paragraph 120 of

5  plaintiffs' FAC.

6     121.   Defendants admit that the FDA approved the use of ORTHO EVRA® for

7  the prevention of pregnancy in November 2001. Defendants deny the remaining

8  allegations contained in paragraph 121 of plaintiffs' FAC.

9     122.   Defendants admit that as with all prescription medicine, adverse events are

10  reported to the FDA by a variety of people and entities. Defendants deny the remaining

11  allegations contained in paragraph 122 of plaintiffs' FAC.

12     123.   Defendants admit that the FDA's publications state what they state.

13  Defendants deny the remaining allegations contained in paragraph 123 of plaintiffs' FAC.

14     124.   Defendants admit that the November 2005 package insert for ORTHO

15  EVRA® states what it states. To the extent that paragraph 124 of plaintiffs' FAC alleges

16  improper conduct on the part of defendants, such allegations are denied.

17     125.   Defendant OMP admits that ORTHO EVRA® is the first and only once-a-

18  week birth control patch. Defendants deny the remaining allegations contained in

19  paragraph 125 of plaintiffs' FAC.

20     126.   Defendants deny the allegations contained in paragraph 126 of plaintiffs'

21  FAC.

22     127.   Defendants admit that the package insert for ORTHO EVRA® states what

23  it states. To the extent that paragraph 127 of plaintiffs' FAC alleges improper conduct on

24  the part of defendants, such allegations are denied.

25     128.   Defendants deny the allegations contained in paragraph 128 of plaintiffs'

26  FAC.

27     129.   Defendants state that they were subject only to those duties imposed by

28  applicable law, and deny the allegations contained in paragraph 129 of plaintiffs' FAC to

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

20

SFI\387608\1    DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL    CASE NO.

1  the extent they suggest any different or greater duties.  Defendants further deny that they
2  failed to abide by any applicable legal duties.

3     130.   Defendants deny the allegations contained in paragraph 130 of plaintiffs'
4  FAC.

5     131.   Defendants deny the allegations contained in paragraph 131 of plaintiffs'
6  FAC.

7     132.   Defendants deny the allegations contained in paragraph 132 of plaintiffs'
8  FAC.

9     133.   Defendants deny the allegations contained in paragraph 133 of plaintiffs'
10 FAC.

11           **ANSWER TO FRAUDULENT CONCEALMENT**

12     134.   Defendants deny the allegations contained in paragraph 134 of plaintiffs'
13 FAC.

14     135.   Defendants state that they were subject only to those duties imposed by
15 applicable law, and deny the allegations contained in paragraph 135 of plaintiffs' FAC to
16 the extent they suggest any different or greater duties.  Defendants further deny that they
17 failed to abide by any applicable legal duties, and deny the remaining allegations
18 contained in this paragraph.

19

20           **ANSWER TO FIRST CAUSE OF ACTION
           NEGLIGENCE**

21     136.   Defendants repeat their answers to the allegations of paragraphs 1 through
22 135 of plaintiffs' FAC as if set forth at length herein.

23     137.   Defendants state that they were subject only to those duties imposed by
24 applicable law, and deny the allegations contained in paragraph 137 of the First Cause of
25 Action of plaintiffs' FAC to the extent they suggest any different or greater duties.
26 Defendants further deny that they failed to abide by any applicable legal duties.

27     138.   Defendants deny the allegations contained in paragraph 138 of the First

28
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

21

SFI\387608\1      DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL      CASE NO.

1  Cause of Action of plaintiffs' FAC.

2      139.  Defendants deny the allegations contained in paragraph 139 of the First

3  Cause of Action of plaintiffs' FAC.

4      140.  Defendants deny the allegations contained in paragraph 140 of the First

5  Cause of Action of plaintiffs' FAC.

6      141.  Defendants deny the allegations contained in paragraph 141 of the First

7  Cause of Action of plaintiffs' FAC.

8      142.  Defendants deny the allegations contained in paragraph 142 of the First

9  Cause of Action of plaintiffs' FAC.

10      143.  Defendants deny the allegations contained in paragraph 143 of the First

11  Cause of Action of plaintiffs' FAC.

12      144.  Defendants deny the allegation that ORTHO EVRA® is defective, and

13  deny the remaining allegations contained in paragraph 144 of the First Cause of Action of

14  plaintiffs' FAC.

15      145.  Defendants deny the allegations contained in paragraph 145 of the First

16  Cause of Action of plaintiffs' FAC.

17      146.  Defendants deny the allegations contained in paragraph 146 of the First

18  Cause of Action of plaintiffs' FAC and controvert the prayers for relief set forth in the

19  unnumbered paragraph following paragraph 146.

20

21                  **ANSWER TO SECOND CAUSE OF ACTION**
         **STRICT PRODUCT LIABILITY – FAILURE TO WARN**

22      147.  Defendants repeat their answers to the allegations of paragraphs 1 through

23  146 of plaintiffs' FAC as if set forth at length herein.

24      148.  Defendants admit that defendant OMP manufactures and supplies ORTHO

25  EVRA®. Defendants deny the remaining allegations contained in paragraph 148 of the

26  Second Cause of Action of plaintiffs' FAC.

27      149.  Defendants admit that defendant OMP manufactures and supplies ORTHO

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

22

SF1\387608\1    DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL    CASE NO.

1   EVRA®. Defendants deny the remaining allegations contained in paragraph 149 of the
2   Second Cause of Action of plaintiffs' FAC.

3       150.   Defendants deny the allegations contained in paragraph 150 of the Second
4   Cause of Action of plaintiffs' FAC.

5       151.   Defendants deny the allegation that ORTHO EVRA® is defective, and
6   deny the remaining allegations contained in paragraph 151 of the Second Cause of Action
7   of plaintiffs' FAC.

8       152.   Defendants deny the allegation that ORTHO EVRA® is defective, and
9   deny the remaining allegations contained in paragraph 152 of the Second Cause of Action
10   of plaintiffs' FAC.

11       153.   Defendants deny the allegations contained in paragraph 153 of the Second
12   Cause of Action of plaintiffs' FAC.

13       154.   Defendants deny the allegation that ORTHO EVRA® is defective, and
14   deny the remaining allegations contained in paragraph 154 of the Second Cause of Action
15   of plaintiffs' FAC.

16       155.   Defendants deny the allegation that ORTHO EVRA® is defective, and
17   deny the remaining allegations contained in paragraph 155 of the Second Cause of Action
18   of plaintiffs' FAC.

19       156.   Defendants deny the allegations contained in paragraph 156 of the Second
20   Cause of Action of plaintiffs' FAC.

21       157.   Defendants deny the allegations contained in paragraph 157 of the Second
22   Cause of Action of plaintiffs' FAC.

23       158.   Defendants deny the allegations contained in paragraph 158 of the Second
24   Cause of Action of plaintiffs' FAC.

25       159.   Defendants deny the allegations contained in paragraph 159 of the Second
26   Cause of Action of plaintiffs' FAC and controvert the prayers for relief set forth in the
27   unnumbered paragraph following paragraph 159.

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

23

SF1\387608\1          DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL          CASE NO.

1

2

## ANSWER TO THIRD CAUSE OF ACTION
## BREACH OF EXPRESS WARRANTY

3

4

160. Defendants repeat their answers to the allegations of paragraphs 1 through 159 of plaintiffs' FAC as if set forth at length herein.

5

6

161. Defendants deny the allegations contained in paragraph 161 of the Third Cause of Action of plaintiffs' FAC.

7

8

162. Defendants deny the allegations contained in paragraph 162 of the Third Cause of Action of plaintiffs' FAC.

9

10

163. Defendants deny the allegations contained in paragraph 163 of the Third Cause of Action of plaintiffs' FAC.

11

12

164. Defendants deny the allegations contained in paragraph 164 of the Third Cause of Action of plaintiffs' FAC.

13

14

165. Defendants deny the allegations contained in paragraph 165 of the Third Cause of Action of plaintiffs' FAC.

15

16

166. Defendants deny the allegations contained in paragraph 166 of the Third Cause of Action of plaintiffs' FAC.

17

18

167. Defendants deny the allegations contained in paragraph 167 of the Third Cause of Action of plaintiffs' FAC.

19

20

168. Defendants deny the allegations contained in paragraph 168 of the Third Cause of Action of plaintiffs' FAC.

21

22

23

24

169. Defendants deny the allegations contained in paragraph 169 of the Third Cause of Action of plaintiffs' FAC and controvert the prayers for relief set forth in the unnumbered paragraph following paragraph 169.

25

26

## ANSWER TO FOURTH CAUSE OF ACTION
## BREACH OF IMPLIED WARRANTY

27

28

170. Defendants repeat their answers to the allegations of paragraphs 1 through 169 of plaintiffs' FAC as if set forth at length herein.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

24

1    171.    Defendants admit that defendant OMP marketed, sold and distributed

2    ORTHO EVRA®, which is used for the prevention of pregnancy. Defendants further

3    admit that defendant McKesson is a non-exclusive distributor of ORTHO EVRA®, and

4    deny that defendant McKesson marketed or sold ORTHO EVRA®. The remainder of

5    paragraph 171 of the Fourth Cause of Action of plaintiffs' FAC contains a legal

6    conclusion to which no response is required.

7    172.    Paragraph 172 of the Fourth Cause of Action of plaintiffs' FAC contains

8    legal conclusions to which no response is required.

9    173.    Defendants are without knowledge or information sufficient to form a

10    belief as to the allegations contained in paragraph 173 of the Fourth Cause of Action of

11    plaintiffs' FAC, and therefore these allegations are denied.

12    174.    Defendants deny the allegations contained in paragraph 174 of the Fourth

13    Cause of Action of plaintiffs' FAC.

14    175.    Defendants deny the allegations contained in paragraph 175 of the Fourth

15    Cause of Action of plaintiffs' FAC.

16    176.    Defendants deny the allegations contained in paragraph 176 of the Fourth

17    Cause of Action of plaintiffs' FAC.

18    177.    Defendants deny the allegations contained in paragraph 177 of the Fourth

19    Cause of Action of plaintiffs' FAC and controvert the prayers for relief set forth in the

20    unnumbered paragraph following paragraph 177.

21

22                    **ANSWER TO FIFTH CAUSE OF ACTION**
                      **NEGLIGENT MISREPRESENTATION**

23    178.    Defendants repeat their answers to the allegations of paragraphs 1 through

24    177 of plaintiffs' FAC as if set forth at length herein.

25    179.    Defendants admit that defendant OMP manufactures, markets, promotes,

26    and sells ORTHO EVRA®. Defendants further state that they were subject only to those

27    duties imposed by applicable law, and deny the allegations contained in this paragraph to

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

25

SF1\387608\1    DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL    CASE NO.

1  the extent they suggest any different or greater duties. Defendants further deny that they

2  failed to abide by any applicable legal duties, and deny the remaining allegations

3  contained in paragraph 179 of the Fifth Cause of Action of plaintiffs' FAC.

4      180.   Defendants deny the allegations contained in paragraph 180 of the Fifth

5  Cause of Action of plaintiffs' FAC.

6      181.   Defendants deny the allegations contained in paragraph 181 of the Fifth

7  Cause of Action of plaintiffs' FAC.

8      182.   Defendants deny the allegations contained in paragraph 182 of the Fifth

9  Cause of Action of plaintiffs' FAC.

10     183.   Defendants deny the allegations contained in paragraph 183 of the Fifth

11  Cause of Action of plaintiffs' FAC.

12     184.   Defendants deny the allegations contained in paragraph 184 of the Fifth

13  Cause of Action of plaintiffs' FAC and controvert the prayers for relief set forth in the

14  unnumbered paragraph following paragraph 184.

15

16                    **ANSWER TO SIXTH CAUSE OF ACTION**
                                    **FRAUD**

17     185.   Defendants repeat their answers to the allegations of paragraphs 1 through

18  184 of plaintiffs' FAC as if set forth at length herein.

19     186.   Defendants admit that defendant OMP manufactures, markets, promotes,

20  and sells ORTHO EVRA®. Defendants further state that they were subject only to those

21  duties imposed by applicable law, and deny the allegations contained in this paragraph to

22  the extent they suggest any different or greater duties. Defendants further deny that they

23  failed to abide by any applicable legal duties, and deny the remaining allegations

24  contained in paragraph 186 of the Sixth Cause of Action of plaintiffs' FAC.

25     187.   Defendants deny the allegations contained in paragraph 187 of the Sixth

26  Cause of Action of plaintiffs' FAC.

27     188.   Defendants deny the allegations contained in paragraph 188 of the Sixth

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

26

1 | Cause of Action of plaintiffs' FAC.

2 |     189.   Defendants deny the allegations contained in paragraph 189 of the Sixth
3 | Cause of Action of plaintiffs' FAC.

4 |     190.   Defendants deny the allegations contained in paragraph 190 of the Sixth
5 | Cause of Action of plaintiffs' FAC.

6 |     191.   Defendants deny the allegations contained in paragraph 191 of the Sixth
7 | Cause of Action of plaintiffs' FAC.

8 |     192.   Defendants deny the allegations contained in paragraph 192 of the Sixth
9 | Cause of Action of plaintiffs' FAC.

10 |     193.   Defendants deny the allegations contained in paragraph 193 of the Sixth
11 | Cause of Action of plaintiffs' FAC.

12 |     194.   Defendants are without knowledge or information sufficient to form a
13 | belief as to plaintiffs' states of mind. Defendants deny the remaining allegations
14 | contained in paragraph 194 of the Sixth Cause of Action of plaintiffs' FAC.

15 |     195.   Defendants deny the allegations contained in paragraph 195 of the Sixth
16 | Cause of Action of plaintiffs' FAC.

17 |     196.   Defendants deny the allegations contained in paragraph 196 of the Sixth
18 | Cause of Action of plaintiffs' FAC.

19 |     197.   Defendants deny the allegations contained in paragraph 197 of the Sixth
20 | Cause of Action of plaintiffs' FAC.

21 |     198.   Defendants deny the allegations contained in paragraph 198 of the Sixth
22 | Cause of Action of plaintiffs' FAC and controvert the prayers for relief set forth in the
23 | unnumbered paragraph following paragraph 198.

24 | ## FIRST AFFIRMATIVE DEFENSE

25 |     Plaintiffs' FAC fails to state a claim against Defendants upon which relief may be
26 | granted.

27 | ## SECOND AFFIRMATIVE DEFENSE

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\387608\1 | DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL     CASE NO.

1    Venue is improper in this court.

2    **THIRD AFFIRMATIVE DEFENSE**

3    Plaintiffs are fraudulently joined and/or misjoined, and the court should sever

4    Plaintiffs' claims and/or enter other appropriate orders to avoid prejudice, unfairness,

5    hardship, delay, and undue expense and to promote convenience and expedience.

6

7    **FOURTH AFFIRMATIVE DEFENSE**

8    Plaintiffs' claims are barred, in whole or in part, to the extent certain Plaintiffs

9    have asserted duplicative claims in one or more other actions pending against some or all

10    of the same defendants.

11    **FIFTH AFFIRMATIVE DEFENSE**

12    Plaintiffs' claims are barred by the applicable statute of limitations, statute of

13    repose and/or by the equitable doctrines of laches and estoppel.

14

15    **SIXTH AFFIRMATIVE DEFENSE**

16    Plaintiffs' claims are barred by the doctrines of informed consent, release and

17    waiver.

18    **SEVENTH AFFIRMATIVE DEFENSE**

19    Plaintiffs' claims are barred because the alleged damages, if any are proven, were

20    not proximately caused by any act or omission of any of the Defendants.

21    **EIGHTH AFFIRMATIVE DEFENSE**

22    If Plaintiffs suffered any of the injuries, losses and damages alleged, then said

23    injuries, losses and damages were a direct and proximate result of a responsible,

24    superseding, and/or intervening cause.

25

26    **NINTH AFFIRMATIVE DEFENSE**

27    Defendants state that if Plaintiffs have suffered any of the injuries, losses and

28    damages alleged, then said injuries, losses and damages were due to an allergic,

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

28

SFI\387608\1        DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL        CASE NO.

1  idiosyncratic or idiopathic reaction to the product at issue in this case, or by an
2  unforeseeable illness, unavoidable accident or preexisting condition, without any
3  negligence and culpable conduct by Defendants.

## TENTH AFFIRMATIVE DEFENSE

Plaintiffs' injuries and damages, if any, were caused in whole or in part by the acts (wrongful or otherwise), negligence, sole fault, misuse, abuse, modification, alteration, omission or fault of one or more persons or entities over whom Defendants exercised no control and for whom Defendants are not legally responsible, including, without limitation, Plaintiffs.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiffs failed to exercise reasonable care and diligence to mitigate injuries and damages, if any.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the "state of the art" and "state of scientific knowledge" defenses.

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the Learned Intermediary Doctrine.

## FOURTEENTH AFFIRMATIVE DEFENSE

The product at issue in this case falls under the auspices of the Food, Drug and Cosmetic Act and regulations promulgated by the Federal Food & Drug Administration, and therefore, Federal law preempts Plaintiffs' claims. *See*, 21 U.S.C. § 301 *et. seq*. *See also*, 71 Fed. Reg. 3922 (January 24, 2006).

## FIFTEENTH AFFIRMATIVE DEFENSE

Defendants did not make to Plaintiffs nor did they breach any express or implied warranties and/or breach any warranties created by law. To the extent that Plaintiffs rely on any theory of breach of warranty, such claims are barred by applicable law, and for

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

29

1  lack of privity with Defendants and/or for failure of Plaintiffs, or Plaintiffs'

2  representatives, to give timely notice to Defendants of any alleged breach of warranty.

3  Plaintiffs did not rely on any alleged warranty. Defendants further specifically plead as

4  to any breach of warranty claim all affirmative defenses under the Uniform Commercial

5  Code existing and which may arise in the future, as enacted in the State of California, and

6  any other state whose law is deemed to apply in this case.

7  ### SIXTEENTH AFFIRMATIVE DEFENSE

8  Plaintiffs' claims are barred by comments j and k to Section 402A of the

9  Restatement (Second) of Torts.

10

11  ### SEVENTEENTH AFFIRMATIVE DEFENSE

12  Plaintiffs' claims of product defects are barred by Section 2, 4, and 6(c) and (d) of

the Restatement (Third) of Torts: Products Liability.

13

14  ### EIGHTEENTH AFFIRMATIVE DEFENSE

15  Plaintiffs' product liability claims are barred because the benefits of the relevant

16  product outweighed its risks.

17  ### NINETEENTH AFFIRMATIVE DEFENSE

18  Plaintiffs' claims are barred in whole or part because the product at issue was at all

19  times properly prepared, packaged, and distributed, and was not defective or

20  unreasonably dangerous.

21  ### TWENTIETH AFFIRMATIVE DEFENSE

22  Any imposition of punitive damages in this case against Defendants is barred to

23  the extent that the manner in which such punitive damages are calculated violates the

24  Constitution of the United States or the Constitution of the State of California.

25  ### TWENTY-FIRST AFFIRMATIVE DEFENSE

26  Any award of punitive damages in this case against Defendants is barred to the

27  extent that the amount of such an award violates the Constitution of the United States or

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\387608\1

30

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL    CASE NO.

1    the Constitution of the State of California.

2

### TWENTY-SECOND AFFIRMATIVE DEFENSE

3

Plaintiffs have failed to plead fraud with specificity.

4

### TWENTY-THIRD AFFIRMATIVE DEFENSE

5

6    Defendants are entitled to a setoff for all amounts paid, payable by or available

from collateral sources.

7

8

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

9    The FAC fails to state a cause of action against Defendants because there is no

10   private right of action under the applicable federal law. To the extent Plaintiffs' claims

11   are based on alleged misrepresentations or omissions made to FDA, such claims are

12   barred pursuant to Buckman v. Plaintiffs' Legal Community, 531 U.S. 341 (2001).

13

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

14   Plaintiffs knowingly and voluntarily assumed any and all risks associated with the

15   use of the product at issue, barring in whole or in part the damages Plaintiffs seek to

16   recover.

17

### TWENTY-SIXTH AFFIRMATIVE DEFENSE

18   In the event Defendants, or any of them, are held liable to Plaintiffs, or any of them,

19   which liability is expressly denied, or a settlement of judgment against Defendants, or any of

20   them, is reached, Defendants request an apportionment of fault be made as permitted by Li v.

21   Yellow Cab Company, 13 Cal.3d 804 (1975) and American Motorcycle Association v. Superior

22   Court, 20 Cal.3d 578 (1987) and a judgment and declaration of indemnification and contribution

23   be entered against all other persons and entities in accordance with that apportionment of fault.

24

### TWENTY-SEVENTH AFFIRMATIVE DEFENSE

25

26    The amount of any award on behalf of plaintiffs, or any of them, for non-economic

27   loss must be allocated according to the provisions of California Civil Code Section

28   1431.2 ("Proposition 51").

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

31

SF1\387608\1     DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL     CASE NO.

1

## TWENTY- EIGHTH AFFIRMATIVE DEFENSE

2      Defendants specifically reserve the right to amend their Answer by adding

3   defenses, counterclaims, cross claims or by instituting third party actions as additional

4   facts are obtained.

5      WHEREFORE, having fully answered, Defendants specifically controvert

6   Plaintiffs' Prayer for Relief including Paragraphs (1)-(6).

7

## JURY DEMAND

8      Defendants hereby demand a trial by jury of all the facts and issues in this case

9   pursuant to Federal Rule of Civil Procedure 38(b).

10   Dated: August 2, 2007                    DRINKER BIDDLE & REATH LLP

11

12                                            MATTHEW P. SMITH

13                                            Attorneys for Defendants

14                                            ORTHO-MCNEIL PHARMACEUTICAL,
                                              INC. and MCKESSON CORPORATION

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

32