| | |
|---|---|
| 1 | CHARLES F. PREUSS (State Bar No. 45783) |
| 2 | BRENDA N. BUONAIUTO (State Bar No. 173919) |
|   | MATTHEW P. SMITH (State Bar No. 247957) |
| 3 | DRINKER BIDDLE & REATH LLP |
|   | 50 Fremont Street, 20th Floor |
| 4 | San Francisco, California 94105 |
|   | Telephone: (415) 591-7500 |
| 5 | Facsimile: (415) 591-7510 |
| 6 | Attorneys for Defendants |
|   | ORTHO-MCNEIL PHARMACEUTICAL, INC. |
| 7 | and MCKESSON CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 11 | CHOLE ALLEN, an individual; LISA ANDERSON, an individual; LAUREN ANDREAS, an individual; BRANDI BAILEY, an individual; COENEKA BALL, an individual; MONTOYA BALL, an individual; TIESHIA BAMSEY, an individual; TERTULIETTE BELIARD, an individual; TAMELA BLACKMAN, an individual; DELORES BONNER, an individual; JASMINE BOX, a minor, by and through her guardian ad litem SCHARLETTA BOX; LACI BRIGNAC, an individual; JERHONDA BROWN, an individual; DAMITA BYNUM, an individual; QUIEONNA CARPENTER, an individual; ERIKA CARR, an individual; WENDY CARRIGAN, an individual; M. CHARLOTTE CHEATHAM, an individual; SHERIE COLLINS, an individual; KERRI COOPER, an individual; TERRY COREAU, an individual; MARANDA CRUMEDY, an individual; CENNIE DARBY, an individual; JOEY DAVIS, an individual; SUSAN DOMAN, an individual; ALCOLA EDWARDS, an individual; SARAH EVANS, an individual; TRYSHA GRAVES, an individual; ALEJANDRINA GARZA, an individual; GERALDINE GILLIGAN, an individual; RHONDA GRANJA, an individual; STACY GREENWOOD, an individual; REBECCA GRICE, an individual; SARAH GRIFFITH, an individual; DOROTHY GURERRIER, an individual; TAMIERA HARRIS, an individual; MICHELE | Case No.<br><br>**C 07 3980**<br><br>**DISCLOSURE STATEMENT OF ORTHO-MCNEIL PHARMACEUTICAL, INC.**<br><br>**[F.R.C.P. 7.1]** |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\387429\1    DISCLOSURE STATEMENT    CASE NO.

| | |
|---|---|
| 1 | HELKENN, an individual; NADIA HERNANDEZ, an individual; COURTNEY |
| 2 | HEWETT, a minor by and through her guardian ad litem, ANNETTE HEWETT; |
| 3 | ROCKENIA HUDSON, an individual; JENNIFER JACKSON, an individual; |
| 4 | CLARICE JENKINS, an individual; KRYSTAL JENNINGS, an individual; |
| 5 | TIFFANY JENSEN (PENKE), an individual; CANDIS JOHNSON, an |
| 6 | individual; DOMONIQUE JOHNSON, an individual; JANNOEL JOHNSON, an |
| 7 | individual; MICHELLE JOHNSON, an individual; NICOLE JOHNSON, an |
| 8 | individual; TAMMY JONES, an individual; TIARA JOYNER, an individual; |
| 9 | AMANDA KING, an individual; YANA KRISHTAL, an individual; VALERIE |
| 10 | LANE, a minor by and through her guardian ad litem, VIVIAN LANE; DANA LEWIS, |
| 11 | an individual; MARY LEWIS, an individual; DARCI LIDSTER, an |
| 12 | individual; MICHELLE LOCKET, an individual; DENISE LUCERO, an |
| 13 | individual; VIRGINIA MANGANO, an individual; TRACI MARGIIOTTA, an |
| 14 | individual; LENIKA MCNAIR, an individual; JUDY MICKENS, an |
| 15 | individual; ARIES MITCHELL, an individual; TOSHEA MORGAN, an |
| 16 | individual; STAPHANIE MULLINGS, an individual; TYREE NEAL, an individual; |
| 17 | JULIANA PAIZ, an individual; ERINA PARKER, an individual; ERIKA PENA, an |
| 18 | individual; JENNIFER PROCH, an individual; TRACY RILES, an individual; |
| 19 | URSHALA RIVERS, an individual; MARGARET ROGERS, an individual; |
| 20 | TAMANISHA RUBIN, an individual; CARRIE RYAN, an individual; IESHIA |
| 21 | SCOTT, an individual; REBECCA SHERRY, an individual; TONYA SIMMS, |
| 22 | an individual; JESSICA SMITH, an individual; LINDA TANNER, an |
| 23 | individual; CLEO THOMPSON, an individual; CRYSTAL WALDO, an |
| 24 | individual; KRISTEN WALKER, an individual; TIFFANY WALKER, an |
| 25 | individual; NIKKIA MARTIN, a minor by and through her guardian ad litem, LAURA |
| 26 | WASHINGTON; JOYCE WATERS, an individual; CRYSTAL WEAVER, an |
| 27 | individual; DAWN WHITE, an individual; MARIE WILLIAMS, an individual; |
| 28 | SHERITA WILLIAMS, an individual; |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\387429\1

DISCLOSURE STATEMENT                                CASE NO.

| | |
|---|---|
| ROBBIN WINTERS, an individual; CATHY WOOD, an individual; ROMONA WRIGHT, an individual, | |
| Plaintiff, | |
| v. | |
| ORTHO-MCNEIL PHARMACEUTICAL, INC., a Delaware Corporation; MCKESSON CORP and DOES 1-500, inclusive, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure. 7.1, defendant Ortho-McNeil Pharmaceutical, Inc. submits the following disclosure statement: Ortho-McNeil Pharmaceutical, Inc. is a wholly owned subsidiary of Johnson & Johnson.

Dated: August 2, 2007                    DRINKER BIDDLE & REATH

_____
MATTHEW P. SMITH
Attorneys for Defendants
ORTHO-MCNEIL PHARMACEUTICAL,
INC. and MCKESSON CORPORATION