1  CHARLES F. PREUSS (State Bar No. 45783)
   BRENDA N. BUONAIUTO (State Bar No. 173919)
2  DRINKER BIDDLE & REATH LLP
   *A Delaware Limited Liability Partnership*
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510
5
   Attorneys for Defendants
6

7

8           UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10          SAN FRANCISCO DIVISION

11  CHOLE ALLEN, an individual;          Case No. C 07 3980 BZ
    LISA ANDERSON, an individual;
12  LAUREN ANDREAS, an individual;       NOTICE OF PENDENCY OF OTHER
    BRANDI BAILEY, an individual;        ACTION OR PROCEEDING
13  COENEKA BALL, an individual;         [CIV. L.R. 3-13]
    TIESHIA BAMSEY, an individual;
14  TERTULIETTE BELIARD, an individual;
    TAMELA BLACKMAN, an individual;
15  DELORES BONNER, an individual;
    JASMINE BOX, a minor, by and through
16  her guardian ad litem SCHARLETTA
    BOX; LACI BRIGNAC, an individual;
17  JERHONDA BROWN, an individual;
    DAMITA BYNUM, an individual;
18  QUIEONNA CARPENTER, an
    individual; ERIKA CARR, an individual;
19  WENDY CARRIGAN, an individual;
    M. CHARLOTTE CHEATHAM, an
20  individual; SHERIE COLLINS, an
    individual; KERRI COOPER, an individual;
21  TERRY COREAU, an individual;
    MARANDA CRUMEDY, an individual;
22  CENNIE DARBY, an individual;
    JOEY DAVIS, an individual;
23  LAURICE DAVIS, an individual;
    SUSAN DOMAN, an individual;
24  ALCOLA EDWARDS, an individual;
    SARAH EVANS, an individual;
25  TRYSHA GRAVES, an individual;
    ALEJANDRINA GARZA, an individual;
26  GERALDINE GILLIGAN, an individual;
    RHONDA GRANJA, an individual;
27  STACY GREENWOOD, an individual;
    REBECCA GRICE, an individual;
28

| | |
|---|---|
| 1 | SARAH GRIFFITH, an individual; DOROTHY GURERRIER, an individual; |
| 2 | TAMIERA HARRIS, an individual; MICHELE HELKENN, an individual; |
| 3 | NADIA HERNANDEZ, an individual; COURTNEY HEWETT, a minor by and |
| 4 | through her guardian ad litem, ANNETTE HEWETT; ROCKENIA HUDSON, an |
| 5 | individual; JENNIFER JACKSON, an individual; CLARICE JENKINS, an |
| 6 | individual; KRYSTAL JENNINGS, an individual; TIFFANY JENSEN (PENKE), |
| 7 | an individual; CANDIS JOHNSON, an individual; DOMONIQUE JOHNSON, an |
| 8 | individual; JANNOEL JOHNSON, an individual; MICHELLE JOHNSON, an |
| 9 | individual; NICHOLE JOHNSON, an individual; TAMMY JONES, an individual; |
| 10 | TIARA JOYNER, an individual; AMANDA KING, an individual; |
| 11 | YANA KRISHT, an individual; VALERIE LANE, a minor by and through |
| 12 | her guardian ad litem, VIVIAN LANE; DANA LEWIS, an individual; MARY |
| 13 | LEWIS, an individual; DARCI LIDSTER, an individual; MICHELLE LOCKETT, an |
| 14 | individual; DENISE LUCERO, an individual; VIRGINIA MANGANO, an |
| 15 | individual; TRACI MARGHOTTA, an individual; LENIKA MCNAIR, an |
| 16 | individual; JUDY MICKENS, an individual; ARIES MITCHELL, an |
| 17 | individual; TOSHEA MORGAN, an individual; STEPHANIE MULLINGS, an |
| 18 | individual; TYREE NEAL, an individual; JULIANA PAIZ, an individual; |
| 19 | ERINA PARKER, an individual; ERIKA PENA, an individual; JENNIFER |
| 20 | PROCH, an individual; TRACY RILES, an individual; URSHALA RIVERS, an |
| 21 | individual; MARGARET ROGERS, an individual; TAMANISHA RUBIN, an |
| 22 | individual; CARRIE RYAN, an individual; IESHIA SCOTT, an individual; REBECCA |
| 23 | SHERRY, an individual; TONYA SIMMS, an individual; JESSICA SMITH, an |
| 24 | individual; LINDA TANNER, an individual; CLEO THOMPSON, |
| 25 | an individual; CRYSTAL WALDO, an individual; KRISTEN WALKER, an |
| 26 | individual; TIFFANY WALKER, an individual; NIKKIA MARTIN, a minor by |
| 27 | and through her guardian ad litem, LAURA WASHINGTON; JOYCE WATERS, an |
| 28 | individual; CRYSTAL WEAVER, an |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\387423\1   NOTICE OF PENDENCY

2

CASE NO.

| | |
|---|---|
| 1 | individual; DAWN WHITE, an individual; MARIE WILLIAMS, an individual; |
| 2 | SHERITA WILLIAMS, an individual; ROBBIN WINTERS, an individual; |
| 3 | CATHY WOOD, an individual; and RAMONA WRIGHT, an individual, |
| 4 | |
| 5 | Plaintiffs, |
| 6 | v. |
| 7 | ORTHO-MCNEIL PHARMACEUTICAL, INC., a Delaware Corporation; |
| 8 | MCKESSON CORP. and DOES 1-500, inclusive, |
| 9 | Defendants. |

Pursuant to Civil L.R. 3-13, defendants Ortho-McNeil Pharmaceutical, Inc. ("OMP") and McKesson Corporation ("McKesson) (collectively "Defendants") submit the following Notice of Pendency of Other Action or Proceeding:

On March 1, 2006, the Judicial Panel on Multidistrict Litigation ("JPML") created MDL 1742, *In re Ortho Evra Products Liability Litigation*, ruling that all federal actions involving allegations of injury or death from use of the prescription drug Ortho Evra® be centralized for pre-trial purposes in the United States District Court for the Northern District of Ohio, before the Honorable David A. Katz, Case Number 1:06-CV-40000-DAK. To date, over 500 cases have been transferred to MDL 1742, and transfers of additional "tag-along" actions are pending. Defendants have requested that this action be deemed a "tag-along" and transferred to MDL No. 1742. Pursuant to Civil L.R. 3-13, defendants therefore respectfully request that this Court stay this action, pending transfer to the MDL, to achieve the judicial economies that underlie 28 U.S.C. Section 1407 (Multi-District Litigation Procedures) and to avoid conflicts, conserve resources, and promote an efficient determination of the action.

Please take notice that, in addition to MDL No. 1742, the following state court actions also allege product liability claims against defendant Ortho-McNeil Pharmaceutical, Inc. and/or other Johnson & Johnson companies related to use of the

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\387423\1

NOTICE OF PENDENCY

3

CASE NO.

prescription drug Ortho Evra®:

    1. <u>In re Ortho Evra Birth Control Patch Litigation</u>, Superior Court of New Jersey, Middlesex County, Case No. 275. To date, over 400 cases have been filed in the Superior Court of New Jersey;

    2. <u>Ablin, Liz, et al. v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson; Johnson & Johnson Pharmaceutical Research and Development, L.L.C.; Alza Corporation; and Does 1 through 10, Inclusive</u>, Superior Court of California, County of Los Angeles, Case No. BC-06-365729;

    3. <u>Barnes, Sara, et al. v. Johnson & Johnson; Ortho-McNeil Pharmaceutical, Inc; Johnson & Johnson Pharmaceutical Research and Development, L.L.C.; Alza Corporation, a Delaware Corporation; McKesson Corp.; and Does 1-500, Inclusive</u>, Superior Court of California, County of Los Angeles, Case No. 07-BC366176;

    4. <u>Bouchard, Brianna R., et al. v. Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C.; Alza Corporation; Ortho-McNeil Pharmaceutical, Inc.; and Does 1-50, Inclusive</u>, Superior Court of California, County of Los Angeles, Case No. BC-06-357282;

    5. <u>Bryant, Cynthia v. Johnson & Johnson, Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson Pharmaceutical Research and Development, L.L.C.; Lisa P. Otey, M.D.; Kelsey-Seybold Medical Group, P.A.; Kelsey-Seybold Clinic Woman's Center; and St. Luke's Episcopal Health System Corporation</u>, Circuit District Court of Harris County, Texas, Case No. 2007-16676;

    6. <u>Christopher, Audrey, et al. v. Little Company of Mary Health Services; Providence Health System-Southern California; David F. Morgan, M.D.; Gerald I. Wasserwald, M.D.; Robert D. Swift, M.D.; Bernard L. Ullman, M.D.; Robert Bates, D.C.; Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson; Johnson & Johnson Pharmaceutical Research and Development, L.L.C. fka R.W. Johnson Pharmaceutical Research Institute; and Does 1 to 100, Inclusive</u>, Superior Court of California, County of Los Angeles, Case No. YC-06-053282;

7. <u>Christopher-Justice, Kai, et al. v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson; Johnson & Johnson Pharmaceutical Research and Development, L.L.C.; Alza Corporation; and Does 1-10, Inclusive,</u> Superior Court of California, County of Los Angeles, Case No. BC-07-366885;

8. <u>Czubernat, Ashley v. Alza, a Delaware corporation; Johnson & Johnson Pharmaceutical Research & Development L.L.C.., a New Jersey corporation; Johnson & Johnson, a New Jersey corporation; Ortho-McNeil Pharmaceutical, Inc., a New Jersey corporation; and Does 1-25, Inclusive,</u> Superior Court of California, County of San Diego, Case Number GIC-872176-06;

9. <u>Farfaras, Ewa, et al. v. Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development L.L.C.; Alza Corporation; and Ortho-McNeil Pharmaceutical, Inc.,</u> Superior Court of California, County of Santa Clara, Case No. 1-06-CV-68036;

10. <u>Faulkner, Raquel v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson; Johnson & Johnson Pharmaceutical Research and Development, L.L.C. f/k/a R.W. Johnson Institute; Stanley L. Smith, Jr., M.D.; Stanley L. Smith, Jr., M.D. P.C.; Methodist Healthcare; Methodist Healthcare Memphis Hospitals, d/b/a, Methodist Germantown; Norberto R. Rojas, M.D.; and Medical Anesthesia Group, A Professional Association,</u> Circuit Court of Shelby County, Tennessee, Case No. CI-005867-06;

11. <u>Galvan, Tina Marie, et al. v. Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C.; Alza Corporation; Ortho-McNeil Pharmaceutical, Inc.; and Does 1-50, Inclusive,</u> Superior Court of California, County of Los Angeles, Case No. BC-07-367849;

12. <u>Gonzalez, Cariba, et al. v. Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C.; Alza Corporation; Ortho-McNeil Pharmaceutical, Inc.; and Does 1-50, Inclusive,</u> Superior Court of California, County of Los Angeles, Case No. BC-06-363800;

13. <u>Greene, Stephanie v. Planned Parenthood Federation America, Inc.;</u>

1 Planned Parenthood of Wisconsin, Inc.; Johnson & Johnson; Ortho-McNeil
2 Pharmaceutical, Inc.; Johnson & Johnson Pharmaceutical Research and Development,
3 L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute; and Organon USA, Inc.,
4 Circuit Court of Milwaukee County, State of Wisconsin, Cause No. 06-9081;

5      14. Hajdukiewicz, Jennifer, et al. v. Johnson & Johnson; Johnson & Johnson
6 Pharmaceutical Research & Development, L.L.C.; Alza Corporation; Ortho-McNeil
7 Pharmaceutical, Inc.; and Does 1-50, Superior Court of California, County of Santa Clara,
8 Case No. 1-06-CV-72555;

9      15. Hale, Ronald and Hale, Johnna, Individually and as Next of Friend and
10 Special Administrators of the Estate of Jalisa K. Hale, deceased v. Ortho-McNeil
11 Pharmaceutical, Inc.; Johnson & Johnson; Johnson & Johnson Pharmaceutical Research
12 & Development, L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute; Dr. Elisa
13 Crouse, O.B.G.Y.N., Doctor Does 1-5; Corporate Does 1-5; and John and/or Jane Does 1-
14 5, District Court of Oklahoma County, State of Oklahoma, Case No. 06-7403;

15     16. Heard, Ericka, et al. v. Ortho-McNeil Pharmaceutical, Inc.; Johnson &
16 Johnson; Johnson & Johnson Pharmaceutical Research & Development, LLC; Alza Corp.
17 and Does 1 through 10 inclusive, Superior Court of California, County of Los Angeles,
18 Case No. BC373493;

19     17. Hernandez, Ruth, et al. v. Johnson & Johnson; Johnson & Johnson
20 Pharmaceutical Research & Development, L.L.C.; Alza Corporation; Ortho-McNeil
21 Pharmaceutical, Inc.; and Does 1-50, Inclusive, Superior Court of California, County of
22 Los Angeles, Case No. BC-07-357282;

23     18. Hunt, Tracy v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson;
24 and Johnson & Johnson Pharmaceutical Research and Development, L.L.C., f/k/a R.W.
25 Johnson Pharmaceutical Research Institute, Third Judicial Circuit, Madison County,
26 Illinois, Cause No. 0193-06;

27     19. Kennedy, Bridget, as Administratrix of the Estate of Zakiya Kennedy v.
28 Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development,

L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute; and Ortho-McNeil Pharmaceutical, Inc., New York Supreme Court, County of New York, Case No. 106921-05;

20. King, Nichole, et. al v. v. Ortho-McNeil Pharmaceutical, Inc., Johnoson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C.; and Alza Corporation and Does 1 through 10 inclusive, Superior Court of California, County of Los Angeles, Case No. BC372340;

21. Lamar, Sabrina v. Johnson & Johnson, a New Jersey Corporation; Ortho-McNeil, Inc., a Delaware Corporation; and Johnson & Johnson Pharmaceutical Research & Development, LLC, a New Jersey Limited Liability Company, Supreme Court of New York, County of Erie, Case No. 8233-07;

22. LeFebvre, Michael, as trustee for the next-of-kin of LeFebvre, Jessica, deceased v. Johnson & Johnson, Johnson & Johnson Pharmaeutical Research & Development, L.L.C., Ortho-McNeil Pharmaceutical, Inc., Quello Clinic Ltd., and Gary P. Brandeland, M.D., Fourth Judicial District Court of Minnesota, County of Hennepin;

23. Lewis, Bintha as Representative of the Estate of Ashley Lewis v. Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute; and Ortho-McNeil Pharmaceutical, Inc., Circuit Court of the City of St. Louis, State of Missouri, Case No. 052-11741;

24. Malcolm, Wanna, et al. v. Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C.; Alza Corporation; Ortho-McNeil Pharmaceutical, Inc.; and Does 1-50, Inclusive, Superior Court of California, County of Los Angeles, Case No. BC-06-361709;

25. Maldonado, Nina v. Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C.; Alza, Inc.; and Ortho-McNeil Pharmaceutical, Inc., State Court of Minnesota, County of Dakota;

26. McNichols, Jennifer v. Johnson & Johnson; Johnson & Johnson Pharmaceutical Research and Development, L.L.C.; Ortho-McNeil Pharmaceutical, Inc.;

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\387423\1

NOTICE OF PENDENCY                                                                 CASE NO.

and Walgreen's Co., Third Judicial Circuit, Madison County, IL, Case No. 06-L-69;

27. <u>Monroe, Mary, et. al v. Johnson & Johnson, Johnson & Johnson Pharmaceutical Research & Development, L.L.C., Alza Corporation, Ortho-McNeil Pharmaceutical Inc., McKesson Corporation, and Does 1-25, inclusive</u>, Superior Court of California, County of San Francisco, Case No. 07-463002;

28. <u>Moore, Brooke and Scotti, John, her husband v. Johnson & Johnson, Inc. and Ortho-McNeil Pharmaceutical, Inc., foreign corporations authorized to do business in the State of New York</u>, Supreme Court of New York, Suffolk County, Case No. 06-35514;

29. <u>Nance, Patrice v. Johnson & Johnson; Johnson & Johnson Pharmaceutical Research and Development, L.L.C.; and Ortho-McNeil Pharmaceutical, Inc.</u>, State of New Mexico, County of Bernalillo, Second Judicial District, Case No. CV2007-000123;

30. <u>Neal, Miriam v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson Corporation; Johnson & Johnson Pharmaceutical Research and Development, L.L.C.; Fulton-Dekalb Hospital Authority d/b/a Grady Health Systems; The Emory Clinic, Inc.; Emory University, Inc.; Morehouse Medical Associates, Inc.; Morehouse Medical School Inc.; Hugh Randall, M.D.; John/Jane Does 1-10; and ABC Corps. 1-5</u>, Court of Dekalb County, Georgia, Civil Action No. 06A-54270-2;

31. <u>Pierson, Jaime, et al. v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C.; Alza Corporation; and Does 1 through 10, Inclusive</u>, Superior Court of the State of California, County of Los Angeles, Case No. BC-372341;

32. <u>Prasad, Kristin, et al. v. Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C.; Alza Corporation; Ortho-McNeil Pharmaceutical, Inc.; and Does 1-50</u>, Superior Court of California, County of Santa Clara, Case No. 1-07-CV-78895;

33. <u>Rollins, Guadalupe Carolina v. Johnson & Johnson, Johnson & Johnson Pharmaceutical Research & Development, L.L.C. f/k/a R.W. Johnson Pharmaceutical

Research Institute and Ortho-McNeil Pharmaceutical, Inc., First Judicial District Court of Minnesota, County of Dakota;

34. <u>Ruiz, Aliesha v. Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C.; and Ortho-McNeil Pharmaceutical, Inc.</u>, State of New Mexico, County of Bernalillo, Second Judicial District, Case No. CV2007 004933;

35. <u>Sanchez, Gloria, et al. v. Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C.; Alza Corporation; Ortho-McNeil Pharmaceutical, Inc.; McKesson Corporation; and Does 1-50, Inclusive</u>, Superior Court of California, County of San Francisco, Case No. CGC-06-458689;

36. <u>Soleymani, Renee, et al. v. Johnson & Johnson; Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C.; Alza Corporation; and Does 1 through 10, Inclusive,</u> Superior Court of the State of California, Los Angeles County, Case No. BC-372034;

37. <u>Taylor-Rodriguez, Jean M. v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C.; Alza Corporation; and Does 1 through 10, Inclusive,</u> Superior Court of California, County of Stanislaus, Case No. 613038;

38. <u>Theis, Jill, et al. v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson; Johnson & Johnson Pharmaceutical Research and Development, L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute; and Walgreen Co.,</u> Third Judicial Circuit, Madison County, Illinois, Cause No. 2006-L-784;

39. <u>Tinker, Cyrille v. Johnson & Johnson, Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C.; Alza Corporation; Ortho-McNeil Pharmaceutical, Inc.; and Does 1 through 100,</u> Supreme Court of the State of New York, County of New York, Case No. 07-107410;

40. <u>Trager, Nikole v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C.; Alza Corporation; and Does 1 through 10, Inclusive,</u> Superior Court of California, County of San Diego,

1 | Case No. GIC-880407; and

2 |     41. <u>Watkins, Carrie L. v. Ortho-McNeil Pharmaceutical, Inc.; Johnson &

3 | Johnson; Johnson & Johnson Pharmaceutical Research & Development, L.L.C. f/k/a

4 | R.W. Johnson Pharmaceutical Research Institute; Wisconsin Injured Patients and

5 | Families Compensation Fund; Dr. Robert E. Williams; Midwest Medical Insurance

6 | Company; and United Healthcare Insurance Company</u>, Wisconsin Superior Court,

7 | Milwaukee County, Civil Action No. 06-1407.

10 | Dated: August 2, 2007

DRINKER BIDDLE & REATH

MATTHEW P. SMITH
Attorneys for Defendants
ORTHO-MCNEIL PHARMACEUTICAL, INC. and MCKESSON CORPORATION

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\387423\1

NOTICE OF PENDENCY

10

CASE NO.