

1  CHARLES F. PREUSS (State Bar No. 45783)
   BRENDA N. BUONAIUTO (State Bar No. 173919)
2  MATTHEW P. SMITH (State Bar No. 247957)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510
5
   Attorneys for Defendants
6  ORTHO-MCNEIL PHARMACEUTICAL, INC.
   and MCKESSON CORPORATION
7
                UNITED STATES DISTRICT COURT
8
                NORTHERN DISTRICT OF CALIFORNIA
9
                    SAN FRANCISCO DIVISION
10

11 | CHOLE ALLEN, an individual; LISA       | Case No. C 07 3980
   | ANDERSON, an individual; LAUREN
12 | ANDREAS, an individual; BRANDI
   | BAILEY, an individual; COENEKA BALL,
13 | an individual; MONTOYA BALL, an         | **CERTIFICATE OF SERVICE**
   | individual; TIESHIA BAMSEY, an
14 | individual; TERTULIETTE BELIARD, an
   | individual; TAMELA BLACKMAN, an
15 | individual; DELORES BONNER, an
   | individual; JASMINE BOX, a minor, by
16 | and through her guardian ad litem
   | SCHARLETTA BOX; LACI BRIGNAC,
17 | an individual; JERHONDA BROWN, an
   | individual; DAMITA BYNUM, an
18 | individual; QUIEONNA CARPENTER, an
   | individual; ERIKA CARR, an individual;
19 | WENDY CARRIGAN, an individual; M.
   | CHARLOTTE CHEATHAM, an
20 | individual; SHERIE COLLINS, an
   | individual; KERRI COOPER, an individual;
21 | TERRY COREAU, an individual;
   | MARANDA CRUMEDY, an individual;
22 | CENNIE DARBY, an individual; JOEY
   | DAVIS, an individual; SUSAN DOMAN,
23 | an individual; ALCOLA EDWARDS, an
   | individual; SARAH EVANS, an individual;
24 | TRYSHA GRAVES, an individual;
   | ALEJANDRINA GARZA, an individual;
25 | GERALDINE GILLIGAN, an individual;
   | RHONDA GRANJA, an individual;
26 | STACY GREENWOOD, an individual;
   | REBECCA GRICE, an individual; SARAH
27 | GRIFFITH, an individual; DOROTHY
   | GURERRIER, an individual; TAMIERA
28 | HARRIS, an individual; MICHELE

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

CERTIFICATE OF SERVICE          CASE NO.

| | |
|---|---|
| 1 | HELKENN, an individual; NADIA HERNANDEZ, an individual; COURTNEY |
| 2 | HEWETT, a minor by and through her guardian ad litem, ANNETTE HEWETT; |
| 3 | ROCKENIA HUDSON, an individual; JENNIFER JACKSON, an individual; |
| 4 | CLARICE JENKINS, an individual; KRYSTAL JENNINGS, an individual; |
| 5 | TIFFANY JENSEN (PENKE), an individual; CANDIS JOHNSON, an |
| 6 | individual; DOMONIQUE JOHNSON, an individual; JANNOEL JOHNSON, an |
| 7 | individual; MICHELLE JOHNSON, an individual; NICOLE JOHNSON, an |
| 8 | individual; TAMMY JONES, an individual; TIARA JOYNER, an individual; |
| 9 | AMANDA KING, an individual; YANA KRISHTAL, an individual; VALERIE |
| 10 | LANE, a minor by and through her guardian ad litem, VIVIAN LANE; DANA LEWIS, |
| 11 | an individual; MARY LEWIS, an individual; DARCI LIDSTER, an |
| 12 | individual; MICHELLE LOCKET, an individual; DENISE LUCERO, an |
| 13 | individual; VIRGINIA MANGANO, an individual; TRACI MARGIIOTTA, an |
| 14 | individual; LENIKA MCNAIR, an individual; JUDY MICKENS, an |
| 15 | individual; ARIES MITCHELL, an individual; TOSHEA MORGAN, an |
| 16 | individual; STAPHANIE MULLINGS, an individual; TYREE NEAL, an individual; |
| 17 | JULIANA PAIZ, an individual; ERINA PARKER, an individual; ERIKA PENA, an |
| 18 | individual; JENNIFER PROCH, an individual; TRACY RILES, an individual; |
| 19 | URSHALA RIVERS, an individual; MARGARET ROGERS, an individual; |
| 20 | TAMANISHA RUBIN, an individual; CARRIE RYAN, an individual; IESHIA |
| 21 | SCOTT, an individual; REBECCA SHERRY, an individual; TONYA SIMMS, |
| 22 | an individual; JESSICA SMITH, an individual; LINDA TANNER, an |
| 23 | individual; CLEO THOMPSON, an individual; CRYSTAL WALDO, an |
| 24 | individual; KRISTEN WALKER, an individual; TIFFANY WALKER, an |
| 25 | individual; NIKKIA MARTIN, a minor by and through her guardian ad litem, LAURA |
| 26 | WASHINGTON; JOYCE WATERS, an individual; CRYSTAL WEAVER, an |
| 27 | individual; DAWN WHITE, an individual; MARIE WILLIAMS, an indoudual; |
| 28 | SHERITA WILLIAMS, an individual; |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

2

CERTIFICATE OF SERVICE                    CASE NO.

| | |
|---|---|
| 1 | ROBBIN WINTERS, an individual; CATHY WOOD, an individual; ROMONA WRIGHT, an individual, |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | ORTHO-MCNEIL PHARMACEUTICAL, INC., a Delaware Corporation; MCKESSON CORP and DOES 1-500, inclusive, |
| 6 | |
| 7 | |
| | Defendants. |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

CERTIFICATE OF SERVICE           CASE NO.

# CERTIFICATE OF SERVICE

I, GLORIA CADENA, declare that:

I am at least 18 years of age, and not a party to the above-entitled action. My business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105, Telephone: (415) 591-7500.

On August 2, 2007, I caused to be served the following document(s):

1. **CIVIL COVER SHEET;**

2. **NOTICE OF REMOVAL AND REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) [DIVERSITY];**

3. **DECLARATION OF BRENDA N. BUONAIUTO IN SUPPORT OF NOTICE OF REMOVAL AND REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) [DIVERSITY];**

4. **NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING [CIV.L.R. 3-13];**

5. **DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [CIV. L.R. 3-16];**

6. **DISCLOSURE STATEMENT OF ORTHO-MCNEIL PHARMACEUTICAL, INC. [F.R.C.P. 7.1];**

7. **DISCLOSURE STATEMENT OF MCKESSON CORPORATION [F.R.C.P. 7.1];**

8. **DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL.**

by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as follows:

☐ BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by a messenger service by hand to the address(es) listed below:

☑ BY OVERNIGHT DELIVERY: I enclosed a true copy of said document(s) in a Federal Express envelope, addressed as follows:

☐ BY FACSIMILE: I caused such documents to be transmitted by facsimile transmission and mail as indicated above.

Sonia Tandon, Esq.
LAW OFFICES OF SHAWN KHORRAMI
14550 Haynes Street
Third Floor
Van Nuys, CA 91411
Phone: (818) 947-5111
Fax:    (818) 947-5121
Attorneys for Plaintiffs

Brian Kabateck, Esq.
KABATECK BROWN KELLNER LLP
350 S. Grand Avenue
39th Floor
Los Angeles, CA 90071
Phone: (213) 217-5000
Fax:   (213) 217-5010
Attorneys for Plaintiffs

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 2, 2007 at San Francisco, California.

*Gloria Cadena* (signature)
GLORIA CADENA