SHAWN KHORRAMI SBN 180411
SONIA TANDON, ESQ., SBN 239614
KHORRAMI POLLARD & ABIR, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
Telephone:  (213) 596-6000
Facsimile:   (213) 596-6010
email:          skhorrami@khorrami.com

BRIAN KABATECK, ESQ., SBN 152054
RICHARD KELLNER, ESQ., SBN 171416
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 217-5000
Facsimile:  (213) 217-5010
email: bsk@kbklawyers.com

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

CHOLE ALLEN, an individual; LISA
ANDERSON, an individual; LAUREN
ANDREAS, an individual; BRANDI
BAILEY, an individual; COENEKA
BALL, an individual; MONTOYA
BALL, an individual; TIESHIA
BAMSEY, an individual;
TERTULIETTE BELIARD, an
individual; TAMELA BLACKMAN, an
individual; DELORES BONNER, an
individual; JASMINE BOX, a minor, by
and through her guardian ad litem
SCHARLETTA BOX; LACI
BRIGNAC, an individual; JERHONDA
BROWN, an individual; DAMITA
BYNUM, an individual; QUIEONNA
CARPENTER, an individual; ERIKA
CARR, an individual; WENDY
CARRIGAN, an individual; M.
CHARLOTTE CHEATHAM, an
individual; SHERIE COLLINS, an
individual; KERRI COOPER, an
individual; TERRY COREAU, an
individual; MARANDA CRUMEDY,
an individual; CENNIE DARBY, an
individual; JOEY DAVIS, an
individual; LAURICE DAVIS, an
individual; SUSAN DOMAN, an

Case No: 3:07-cv-03980-BZ

**NOTICE OF CHANGE OF FIRM
NAME, ADDRESS AND
TELEPHONE NUMBERS**

| | |
|---|---|
| 1 | individual; ALCOLA EDWARDS, an individual; SARAH EVANS, an |
| 2 | individual; TRYSHA GRAVES, an individual; ALEJANDRINA GARZA, |
| 3 | an individual;GERALDINE GILLIGAN, an individual; RHONDA |
| 4 | GRANJA, an individual; STACY GREENWOOD, an individual; |
| 5 | REBECCA GRICE, an individual; SARAH GRIFFITH, an individual; |
| 6 | DOROTHY GURERRIER, an individual; TAMIERA HARRIS, an |
| 7 | individual; MICHELE HELKENN, an individual; |
| 8 | NADIA HERNANDEZ, an individual; COURTNEY HEWETT, a minor by and |
| 9 | through her guardian ad litem, ANNETTE HEWETT; ROCKENIA |
| 10 | HUDSON, an individual; JENNIFER JACKSON, an individual; CLARICE |
| 11 | JENKINS, an individual; KRYSTAL JENNINGS, an individual;  TIFFANY |
| 12 | JENSEN (PENKE), an individual; CANDIS JOHNSON, an individual; |
| 13 | DOMONIQUE JOHNSON, an individual; JANNOEL JOHNSON, an |
| 14 | individual; MICHELLE JOHNSON, an individual; NICOLE JOHNSON, an |
| 15 | individual; TAMMY JONES, an individual; TIARA JOYNER, an |
| 16 | individual; AMANDA KING, an individual; YANA KRISHTAL, an |
| 17 | individual; VALERIE LANE, a minor by and through her guardian ad litem, |
| 18 | VIVIAN LANE; DANA LEWIS, an individual; MARY LEWIS, an |
| 19 | individual; DARCI LIDSTER, an individual; MICHELLE LOCKETT, an |
| 20 | individual; DENISE LUCERO, an individual; VIRGINIA MANGANO, an |
| 21 | individual; TRACI MARGIIOTTA, an individual; LENIKA MCNAIR, an |
| 22 | individual; JUDY MICKENS, an individual; ARIES MITCHELL, an |
| 23 | individual; TOSHEA MORGAN, an individual; STEPHANIE MULLINGS, |
| 24 | an individual; TYREE NEAL, an individual; JULIANA PAIZ, an |
| 25 | individual; ERINA PARKER, an individual; ERIKA PENA, an |
| 26 | individual; JENNIFER PROCH, an individual; TRACY RILES, an |
| 27 | individual; URSHALA RIVERS, an individual; MARGARET ROGERS, an |
| 28 | individual; TAMANISHA RUBIN, an |

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

---

**NOTICE OF CHANGE OF FIRM NAME, ADDRESS AND TELEPHONE NUMBERS**

1  individual; CARRIE RYAN, an          )
   individual; IESHIA SCOTT, an         )
2  individual; REBECCA SHERRY, an       )
   individual; TONYA SIMMS, an          )
3  individual; JESSICA SMITH, an        )
   individual; LINDA TANNER, an         )
4  individual; CLEO THOMPSON, an        )
   individual; CRYSTAL WALDO, an        )
5  individual; KRISTEN WALKER, an       )
   individual; TIFFANY WALKER, an       )
6  individual; NIKKIA WASHINGTON, a     )
   minor by and through her guardian ad )
7  litem, LAURA WASHINGTON;             )
   JOYCE WATERS, an individual;         )
8  CRYSTAL WEAVER, an individual;       )
   DAWN WHITE, an individual; MARIE     )
9  WILLIAMS, an individual; SHERITA     )
   WILLIAMS, an individual; ROBBIN      )
10 WINTERS, an individual; CATHY        )
   WOOD, an individual; RAMONA          )
11 WRIGHT, an individual,               )
                                        )
12         Plaintiffs                   )
                                        )
13         v.                           )
                                        )
14 ORTHO-MCNEIL                         )
   PHARMACEUTICAL, INC., a              )
15 Delaware Corporation; MCKESSON       )
   CORP and DOES 1-500, inclusive,      )
16                                      )
           Defendants                   )
17                                      )
                                        )
18 _____     )

19

20

21

22

23     TO THIS HONORABLE COURT, AND TO ALL PARTIES BY AND

24 THROUGH THEIR ATTORNEYS OF RECORDS:

25     PLEASE TAKE NOTICE THAT effective immediately, Plaintiffs' counsel

26 have changed their firm name from The Law Offices of Shawn Khorrami  to

27 Khorrami Pollard & Abir, LLP, and have moved their office. The new contact

28 information is as follows:

Khorrami Pollard & Abir, LLP

444 S. Flower Street, 33rd Floor

Los Angeles, CA 90071

(T) (213) 596-6000

(F) (213) 596-6010

Dated: August 17, 2007

KHORRAMI POLLARD & ABIR, LLP

SHAWN KHORRAMI, ESQ.
*Attorney for Plaintiff*

4

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to this action.  My business address is 444 S. Flower Street, 33rd Floor, Los Angeles, CA 90071.

On August 17, 2007, I served the foregoing:

**NOTICE OF CHANGE OF FIRM NAME, ADDRESS AND TELEPHONE NUMBERS**

on the interested parties below by enclosing a copy in a sealed envelope addressed as follows:

CHARLES F. PREUSS

BRENDA N. BUONAIUTO

MATTHEW P. SMITH

DRINKER BIDDLE & REATH LLP

50 Fremont Street,

20th Floor

San Francisco, CA 94105

/ X /  ( MAIL)      I placed the envelope for collection and mailing on the date shown above, at this office, in Los Angeles, California, following our ordinary business practices.

I am readily familiar with this office's practice of collecting and processing correspondence for mailing.  On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in a sealed envelope with postage fully prepaid.

/   /  (BY PERSONAL SERVICE)    I delivered such envelope by hand to the above-named counsel of record.

/ /    (STATE)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

NOTICE OF CHANGE OF FIRM NAME ADDRESS AND TELEPHONE NUMBERS

1  / X / (FEDERAL)        I declare under penalty of perjury that I am employed in
2  the office of a member of the bar of this court at whose direction the service was
   made.
3

4        Executed on August 17, 2007,  at Los Angeles, California.
5

6

7

8      _____
9                    KIMIA SEHATI
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CHANGE OF FIRM NAME ADDRESS AND TELEPHONE NUMBERS