

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 1742

IN RE Ortho Evra Products Liability Litigation

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-50)

On March 1, 2006, the Panel transferred 12 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 422 F.Supp.2d 1379 (J.P.M.L. 2006). Since that time, 630 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable David A. Katz.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of March 1, 2006, and, with the consent of that court, assigned to the Honorable David A. Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

SEP - 7 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: s/Renee Schumitsh
Deputy Clerk



## SCHEDULE CTO-50 - TAG-ALONG ACTIONS
## MDL NO. 1742
### IN RE Ortho Evra Products Liability Litigation

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN  3    07-3980 | Chole Allen, et al. v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **CONNECTICUT** | |
| CT   3    07-840 | Cara Davenport v. Johnson & Johnson, et al. |
| **GEORGIA NORTHERN** | |
| GAN  1    07-1859 | Taramesha Robinson v. Johnson & Johnson, et al. |
| GAN  1    07-1860 | Tammy Robinson v. Johnson & Johnson, et al. |
| GAN  1    07-1861 | Angela Hunt v. Johnson & Johnson, et al. |
| **INDIANA SOUTHERN** | |
| INS  1    07-840 | Christina Stewart v. Johnson & Johnson, et al. |
| INS  1    07-841 | Patrice Bluiett v. Johnson & Johnson, et al. |
| **MINNESOTA** | |
| MN   0    07-3570 | Guadalupe Carolina Rollins v. Johnson & Johnson, et al. |
| MN   0    07-3599 | Seangela Collins v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **NORTH CAROLINA EASTERN** | |
| NCE  5    07-287 | Stacey Richardson v. Johnson & Johnson, et al. |
| **NEW JERSEY** | |
| NJ   3    07-3168 | Korie Ellis, et al. v. Johnson & Johnson, et al. |
| NJ   3    07-3169 | Teresa Velazquez, et al. v. Johnson & Johnson, et al. |
| NJ   3    07-3170 | Tessa White v. Johnson & Johnson, et al. |
| **NEW MEXICO** | |
| NM   2    07-626 | Aliesha Ruiz v. Johnson & Johnson, et al. |
| **NEW YORK EASTERN** | |
| NYE  1    07-2715 | Elizabeth Readel, et al. v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| NYE  1    07-3058 | Nicole Della Penna v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **NEW YORK SOUTHERN** | |
| NYS  1    07-5838 | Cyrille Tinker v. Johnson & Johnson, et al. |

United States District Court
Northern District of Ohio
801 West Superior Avenue
Cleveland, Ohio 44113

September 13, 2007

Northern District of California
Clerk's Office
Phillip Burton United States
 Courthouse, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Re: **MDL 1742 Ortho Evra Products Liability Litigation**

<u>Transfer of Civil Cases</u>            CAN#
**Allen, et al v Ortho-McNeil Pharmaceutical, Inc.**     **3:07-3980**

Dear Sir/Madam:

    Attached is a certified copy of Conditional Transfer Order (CTO-50) of the Judicial Panel on Multidistrict Litigation directing the transfer of the above referenced civil action(s) to the Northern District of Ohio pursuant to 28 U.S.C. Section 1407. The Honorable David A. Katz is to preside over this litigation.

    When the case(s) have been closed in your District please follow these procedures:

1. Initiate the civil case transfer functionality in CM/ECF;
2. When prompted to select the "To court" choose "Ohio Northern".

    **Note:** After completing this process the "NEF" screen will display the following message" "Sending e-mail to <u>InterdistrictTransfer_OHND@ohnd.uscourts.gov.</u>" If this message is not displayed we have not received notice.

    We will initiate the procedure to retrieve the transferred case(s) upon receipt of the e-mail. **If your court does not utilize the CM/ECF transfer functionality please contact our MDL clerks at the following e-mail addresses and documents will be retrieved using the courts pacer account:**

    **Renee_Schumitsh@ohnd.uscourts.gov and
Jenny_E_Smolinski@ohnd.uscourts.gov**

    If you have any questions, please call Renee Schumitsh at (216) 357-7017.

Sincerely,

Geri M. Smith
Northern District of Ohio

  Jenny E Smolinski/OHND/06/USCOURTS  
09/13/2007 06:38 AM

To  Simone Voltz/CAND/09/USCOURTS@USCOURTS  
cc  
bcc  
Subject  In re: MDL 1742  CTO-50


CTO-50.pdf  CAN letter (50).pdf

In re: MDL 1742  
Ortho Evra Products Liability Litigation

    Attached is a certified copy of Conditional Transfer Order (50) received from the Judicial Panel on Multidistrict Litigation instructing that the case(s) listed from your district be transferred to our district for coordinated and consolidated pretrial proceedings.

    Please refer to the attached letter for the Ohio Northern District Court transfer procedures.