**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

September 14, 2007

United States District Court
Northern District of Ohio
Office of the Clerk
801 West Superior Avenue
Cleveland, Ohio 44113

**RE:  Chole Allen, et al.  -v- Ortho-McNeil Pharmaceutical, Inc., et al., C-07-3980-TEH**
      **In re Ortho Evra Products Liability Litigation, MDL  No. 1742**

Dear Clerk,

   Pursuant to an *order transferring* the above captioned case to your court, transmitted herewith are:

| | |
|---|---|
| ☐ | Certified copy of docket entries. |
| ☐ | Certified copy of Transferral Order. |
| ☐ | Original case file documents. |
| X | Please access the electronic case file for all the pleadings you may need. |

Sincerely,
RICHARD W. WIEKING, Clerk

by:  Thelma Nudo
     Deputy Clerk

Enclosures
Copies to counsel of record